**FILED**

DEC 1 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

DR. RABBI K. A. ISRAEL,
CONSULAR ATTORNEY, BROTHER OF
AND GUARDIAN FOR,
MS. BEATRICE DEMETRICE GARTH,
A DISABLED PERSON,
         Plaintiff

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

VERSUS

CIR. COURT OF COOK COUNTY, ILL.,
D. BROWN, LISA MADIGAN, M. DELANEY,
ET AL. Defendant(s)

07cv7084
JUDGE NORGLE
MAG. JUDGE KEYS

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, DR. RABBI K. A. ISRAEL, declare that I am the ☒plaintiff☒petitioner ☒movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐Yes     XX☒No    (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes  ☐No  Monthly amount:_____

2. Are you currently employed?     ☐Yes     XX☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: DECEMBER 05, 2006
      Monthly salary or wages: 00000000000000; SELF EMPLYED.
      Name and address of last employer: BIO-CHEMICAL MOLECULAR & AGRI-GENETICS,
      P.O. BOX 803241, CHICAGO, ILL., 60680-3241,

   b. Are you married?     ☐Yes     XX☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.
   a. Salary or wages                                              Yes     XX☒No
      Amount_____ Received by_____

   b. ☐ Business, ☐ profession or ☐ other self-employment        ☐Yes    XX☒No
      Amount_____ Received by_____

   c. ☐ Rent payments, ☐ interest or ☐ dividends                 ☐Yes    XX☒No

Amount _____ Received by _____

    d. ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ unemployment, ☒ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                           ☒Yes     ☐No
Amount $$624.00 SOC.SEC. Received by DR. RABBI K. A. ISRAEL,

    e. ☐ Gifts or ☐ inheritances                                                                   ☐Yes     ☒No
Amount _____ Received by _____

    f. ☒ Any other sources (state source: _____ )   ☒Yes     ☐No
Amount FOOD STAMPS: $113 Received by DR. RABBI K. A. ISRAEL,

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount: _____
    In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
    Property: NONE.     Current Value: _____
    In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
    Address of property: NONE.
    Type of property: _____ Current value: _____
    In whose name held: _____ Relationship to you: _____
    Amount of monthly mortgage or loan payments: _____
    Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐Yes   ☒No
    Property: NONE.
    Current value: _____
    In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

MS. BEATRICE DEMETRICE GARTH: SISTER: $$57 DOLLARS PER MONTH.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: DECEMBER 14, 2007

_____
Signature of Applicant

DR. RABBI K. A. ISRAEL, ALSO KNOWN AS
DR. RABBI K. GARTH RICHARDSON,
(Print Name)