**FILED**
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) DR. RABBI K. A. ISRAEL,
CONSULAR ATTORNEY, BROTHE OF, AND
GUARDIAN FOR,
MS. BEATRICE DEMETRICE GARTH,
PLAINTIFF,

07cv7084
JUDGE NORGLE
MAG. JUDGE KEYS

VERSUS
Defendant(s) CIRCUIT COURT OF COOK COUNTY, ILL.,
DOROTHY BROWN, LISA MADIGAN, MICHAEL DELANEY
ET AL.,

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, DR. RABBI K. A. ISRAEL, declare that I am the (check appropriate box)
   [XXX] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, CIRCUIT COURT OF COOK COUNTY, ILLINOIS, OFFICE(S) OF THE STATES ATTORNEY, OFFICE(S) OF THE ATTORNEY GENERAL FOR THE STATE OF ILLINOIS, LISA MADIGAN, ILLINOIS LEGAL SERVICES; "C.V.S."

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_[signature]_
Movant's Signature

1839 SOUTH RACINE AVENUE,
CHICAGO, ILLINOIS, 60680-3241
Street Address

DECEMBER 17, 2007
Date

CHICAGO, ILLINOIS, 60680-3241
City, State, ZIP