IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN - 2 2008
JAN 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DR. RABBI K. A. ISRAEL,
CONSULAR ATTORNEY, THE BROTHER OF,
AND THE GUARDIAN FOR,
MS. BEATRICE DEMETRICE GARTH,
PLAINTIFF

CASE NO.: 07-CV-7084

VS.

CIRCUIT COURT OF COOK COUNTY, ILLINOIS,
DOROTHY BROWN, MICHAEL DELANEY,
ETHEL MAE SPENCER, ELVIE NELSON GARTH,
ET AL.,
DEFENDANT

HON. JUDGE NORGLE, PRESIDING,

HON. MAG. JUDGE KEYS,
MAGISTRATE JUDGE.

## NOTICE OF MOTION

TO: CIRCUIT COURT OF COOK COUNTY, ILLINOIS, ET AL.,
RICHARD J. DALEY CENTER, 50 WEST WASHINGTON,
ROOM 1001, CHICAGO, ILLINOIS, 60602

On JANUARY 18, 2008, at 9:00 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE CHARLES NORGLE in Courtroom 2341 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present "PLAINTIFF'S MOTION TO PROCEED IN-FORME-PAUPERIS, MOTION FOR APPOINTMENT OF COUNSEL, AND PLAINTIFF'S MOTION TO AUTHORIZE NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONSES.

Name  DR. RABBI K. A. ISRAEL,
Address  P.O. BOX 803241,
City / Zip  CHICAGO, ILLINOIS, 60680-3241
Telephone  (773)-469-8207

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 2ND day of JANUARY, 2008, I served a copy of this notice to each person whom it is directed by way of U.S. MAIL, PROPER POSTAGE PRE-PAID, FROM THE LOOP POST-OFFICE, BEFORE 5:00 P.M..

_____  DR. Rabbi
SIGNATURE/CERTIFICATION

JANUARY 02, 2008
DATE