AO 398 (Rev. 12/93)

KC **FILED**

JAN 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO:   (A) ERNESTINE ALLEN

as (B) DEFENDANT _____ of (C)   DEFENDANT,

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.)
A copy of the complaint is attached to this notice. It has been filed in the United States District Court
for the (D) NORTHERN _____ District of ILLINOIS, EASTERN DIVISION,

and has been assigned docket number (E) 07-CV-07084 _____ .

This is not a formal summons or notification from the court, but rather my request that you sign
and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons
and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy
of the waiver within (F) 30 ____ days after the date designated below as the date on which this Notice
and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return)
for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and
no summons will be served on you. The action will then proceed as if you had been served on the date
the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the
date designated below as the date on which this notice is sent (or before 90 days from that date if your
address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect
formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent
authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed)
to pay the full costs of such service. In that connection, please read the statement concerning the duty
of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this __2ND.__ day of

JANUARY _____ , 2008

⑤



Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A — Name of individual defendant (or name of officer or agent of corporate defendant)
B — Title, or other relationship of individual to corporate defendant
C — Name of corporate defendant, if any
D — District
E — Docket number of action