**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

KC FILED
JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: DR. RABBI K.A. ISRAEL, CONSULAR ATTORNEY A.K.A. DR. RABBI K. GARTH RICHARDSON, CONSULAR ATTY.,
(Please print)

STREET ADDRESS: P.O. Box 803241,

CITY/STATE/ZIP: CHICAGO, IL.,

PHONE NUMBER: (773)-469-8207

CASE NUMBER: 07-CV-07084

Signature: [signature] DR. Rabbi

Date: JAN. 08, 2008