C(+

**United States District Court**
**Northern District of Illinois**

**Notification of Change of Address**

FILED
JAN 08 2008 YM
Jan 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Please enter the address to which notice should be mailed:*

| | |
|---|---|
| Name: | DR. RABBI K.A. ISRAEL, CONSULAR ATTORNEY, |
| Firm: | PARALEGALS FOR ECONOMIC FOUNDATIONS |
| Street Address: | P.O. BOX 803241, |
| City/State/ZIP: | CHICAGO, ILL., 60680-3241 |
| Phone Number: | (773)-469-8207 PLEASE NOTE: DOCKETS INCORRECT. |

*I previously filed an appearance pursuant to Local Rule 83.16 in each of the cases listed below.*

| Case Number | Case Title ISRAEL, ETAL, VS. CIR. COURT. | Assigned Judge |
|---|---|---|
| 07-CV-7084 | ISRAEL, ETAL, VS. CIRCUIT COURT | HON. JUDGE NORGLE |
| 07-CV-6609 | ISRAEL. VS. THOMAS M. LAKE AND INSURERS | |
| 03-CV-05406 | ISRAEL, ETAL, VS. UNIV. IL. @CHICA. | HON. JUDGE D. |
| 04-CV-00620 | ISRAEL, MT. OF OLIVES. VS. BUSH, ETAL, | |
| 05-CV-00135 | ISRAEL, VS. A.REC.D.C., | |
| 07-CV-02297 | ISRAEL, VS. U.S. MARSH SERV. | |
| 07-CV-05578 | ISRAEL, ET AL, VS. FINE ETAL, | |
| 07-CV-04702 | ISRAEL, ETAL, VS. BURNHAM...ETAL, | |

DR. Rabbi (signature)
Attorney's Signature

01/08/2007
Date