## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7084 | DATE | 1/10/2008 |
| CASE TITLE | Israel vs. Circuit Court of Cook County, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed In Forma Pauperis [3] is granted. Plaintiff's Motion for Appointment of Counsel [4] is granted pursuant to the established procedure in civil cases.

■[ For further details see text below.]

Docketing to mail notices.

### STATEMENT

　　Leave is granted to Plaintiff's appointed counsel to file an amended complaint if there is a reasonable basis to do so after the exercise of due diligence. This complaint is brought by the alleged guardian of Beatrice Demetrius Garth. Within the sprawling ten-page complaint drafted by the pro se Plaintiff, the allegations include that certain Defendants are acting to prevent the Plaintiff Guardian from the "preservation of the life and health" of Beatrice Garth. The allegations, furthermore, are that Beatrice Garth was placed in an independent living center, a "subcontractor of Cook County and the State of Illinois," where she was assaulted and raped.

Courtroom Deputy Initials: