**FILED**

**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



IN THE UNITED STATES DISTRICT COURT MICHAEL W. DOBBINS
FOR THE NORTHERN DISTRICT OF ILLINOIS, U.S. DISTRICT COURT
EASTERN DIVISION,

DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY, ) NOTICE OF THE REMOVAL
ALSO KNOWN AS ) OF A CIVIL ACTION FROM
DR. RABBI K. GARTH RICHARDSON, ) THE DEFENDANT CIRCUIT
THE BROTHER OF, AND GUARDIAN FOR, ) COURT TO THE INSTANT
MS. BEATRICE DEMETRICE GARTH, ) DISTRICT COURT UNDER,
A DISABLED PERSON, ) AND PURSUANT TO;
P.O. BOX 803241, )
CHICAGO, ILLINOIS, 60680-3241 ) 28 U.S.C. ss 1443(1) & (2):
TELEPHONE: (773)-469-8132 ) CIVIL RIGHTS CASES, ET AL..
)
) 28 U.S.C. ss 1446;
VERSUS          PLAINTIFFS, ) PROCEDURE FOR REMOVAL:(a-e).
)
CIRCUIT COURT OF COOK ) CIRCUIT COURT JUDGE:
COUNTY, ILLINOIS, ) HON. JUDGE LYNNE KAWAMOTO.
) CIRCUIT COURT NO.: 07-P6180.
DOROTHY BROWN, CLERK OF THE COURT, )
CIRCUIT COURT OF COOK ) DAMAGES CLAIMED:
COUNTY, ILLINOIS, ) $$100,000,000.00;
ROOM 1001, ) ONE-HUNDRED-MILLION-
50 WEST WASHINGTON, ) DOLLARS; U.S. CURRENCY.
CHICAGO, ILLINOIS, 60602 ) JURY TRIAL DEMANDED!!!
)
MIKE DELANEY, ATTORNEY AT LAW, )
DELANEY LAW OFFICES, ) DISTRICT COURT JUDGE:
14524 JOHN HUMPHREY DRIVE, ) F.R.C.P. (38): JURY TRIAL!!
ORLAND PARK, ILLINOIS, 60462 )
)
LISA MADIGAN, ATTORNEY GENERAL )
FOR THE STATE OF ILLINOIS, )
11TH. FLOOR, )
100 WEST RANDOLPH STREET, )
CHICAGO, ILLINOIS, 60601 )

**07cv7084**

**JUDGE NORGLE**

**MAG.JUDGE KEYS**

ETHEL MAE SPENCER, ) D.C. VENUE:
9503 WEST MAIN STREET, APT. (A), ) 28 U.S.C. ss 1391 (a1--f1).
BELLEVILLE, ILLINOIS, 62223 ) DISTRICT COURT JURISDICTION:
) ARTICLE (III): ss (1) & (2),
ELVIE NELSON GARTH, ) ARTICLE (IV): ss (1) AND
1526 6TH. STREET, ) PARAGRAPH (1) OF ss (2)
MADISON, ILLINOIS, 62060 ) OF THE U.S. CONSTITUTION,
) 28 U.S.C. ss 1331; FEDERAL
ERNESTINE ALLEN, ) QUESTIONS, 28 U.S.C. ss 1343;
2015 KNOTTINGHAM DRIVE, ) (a)(1)-(a)(4): CIVIL RIGHTS
AUGUSTA, GEORGIA, 30906 ) AND ELECTIVE FRANCHISE,
          DEFENDANTS, )

PGS.1-10.
ATTACH.
A(i).

RECEIVED
DEC 17 2007
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1.

COMPLAINT UNDER, THE SARBANES-OXLEY-ACT: (2002):RULE(S) (406/407):
NON-COMPLIANCE: SECURITIES AND EXCHANGE ACT OF (1934): 15 U.S.C. ss 78aa.

COMES NOW THE PLAINTIFF, DR. RABBI K. A. ISRAEL, ALSO KNOWN AS DR. RABBI K. GARTH RICHARDSON, THE BROTHER OF, AND THE GUARDIAN FOR MS. BEATRICE DEMETRICE GARTH, A DISABLED PERSON. THE PLAINTIFF, DR. RABBI K. A. ISRAEL, CLAIMS THE FIDUCIARY RESPONSIBILITY TO SEEK LIFE-SUSTAINING MEDICAL TREATMENT FOR HIS SISTER UNDER, AND PURSUANT TO: "THE HEALTH-CARE SURROGATE ACT: (755 ILCS 40/1); IN CONSULTATION WITH THE ATTENDING PHYSICIAN FOR MS. BEATRICE DEMETRICE GARTH, AS CITED IN CHAPTER (110)1/2: PARAGRAPH 8511.) THE NAME OF THE PATIENT'S ATTENDING PHYSICIAN IS: DR. KINGRA, OFFICE TELEPHONE NUMBER: (708)-424-1153, PHYSICIAN PAGER TELEPHONE NUMBER: (708)-783-5546, DIRECT TELEPHONE: (708)-715-1986.

THE PLAINTIFF, DR. RABBI K. A. ISRAEL, CANNOT ENFORCE HIS RIGHTS TO PARTICIPATE IN FEDERALLY FUNDED PROGRAMS UNDER THE FEDERAL LAWS PROVIDING FOR THE EQUAL RIGHTS OF CITIZENS OF THE UNITED STATES OF AMERICA AND WITHIN THE JURISDICTION OF THIS DISTRICT COURT.

THE UNITED STATES DEPARTMENT OF JUSTICE PROVIDES FEDERAL FUNDING IN EXCESS OF (($$100,000,000.00)): ONE-HUNDRED-MILLION DOLLARS PER YEAR TO FUND THE PROGRAMS IN OPERATION AT THE DEFENDANT OFFICES OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, OFFICES OF THE CLERK OF THE COURT, ET AL..

THE PLAINTIFF, DR. RABBI K. A. ISRAEL, HAS BEEN DENIED ACCESS TO PARTICIPATE IN SAID FEDERALLLY FUNDED PROGRAMS BY THE DEFENDANT OFFICERS OF THE CIRCUIT COURT BECAUSE OF HIS, THE PLAINTIFF'S, ACTS UNDER COLOR OF AUTHORITY DERIVED FROM THE LAWS PROVIDING FOR EQUAL RIGHTS, FOR HIS HAVING REFUSED TO DO ILLEGAL ACTS ON THE GROUNDS THAT SAID ILLEGAL ACTS WOULD BE INCONSISTENT WITH EQUAL RIGHTS LAWS.

2.

DR. RABBI K. A. ISRAEL WAS MADE A DEFENDANT, ON
DECEMBER 12, 2007, IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
AS A THREAT BY ATTORNEY MICHAEL DELANEY, WHO WANTS TO PREVENT
DR. RABBI K. A. ISRAEL FROM PRESERVING THE LIFE AND HEALTH OF
HIS, DR. ISRAEL'S, SISTER AND WARD, MS. BEATRICE DEMETRICE GARTH.

ALL OF THE OTHER DEFENDANTS HAVE BEEN SILENT, AND HAVE DONE
NOTHING TO PREVENT, ATTORNEY MICHAEL DELANEY IN HIS ATTEMPT TO
MURDER THE PLAINTIFF'S WARD AND SISTER, MS. BEATRICE D. GARTH.

MS. BEATRICE DEMETRICE GARTH WAS MADE A RESPONDANT IN THE
CIRCUIT COURT OF COOK COUNTY, ILLINOIS, ONLY AS A RESULT OF
WHEN SHE BECAME A VICTIM OF AN ASSAULT AND RAPE WHILE SHE WAS
A RESIDENT OF AN INDEPENDENT LIVING CENTER, WHICH IS A SUB-CONTRACTOR,
OF THE COUNTY OF COOK AND THE STATE OF ILLINOIS, AT WHICH TIME
DR. RABBI K. A. ISRAEL FILED A PETITION FOR GUARDIANSHIP IN THE
CIRCUIT COURT.

ATTORNEY MICHAEL DELANEY HAS BUSINESS, FINANCIAL, AND SOCIAL
INTERESTS , PAYMENTS, RELATIONSHIPS, AND EMPLOYMENT, WITH BOTH THE
CIRCUIT COURT AND THE INDEPENDENT LIVING CENTER AT WHICH THE
THE PLAINTIFF'S SISTER, MS. GARTH, WAS ASSAULTED, RAPED, AND
KIDNAPPED TO HAMMOND, INDIANA, ON AUGUST 11, 2007.

WHEREFORE, THE PLAINTIFF, DR. RABBI K. A. ISRAEL, PRAYS FOR
LEAVE OF THE COURT TO ENFORCE THE DISTRICT COURT'S JURISDICTION
UNDER, AND PURSUANT TO, ARTICLE (III): SECTIONS (1) AND (2),
AND TO PRESERVE THE PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER, AND
PURSUANT TO, ARTICLE (IV): SECTION (1) AND PARAGRAPH (1) OF
SECTION (2), ARTICLE (VI): PARAGRAPHS (2) AND (3), AND AMENDMENTS
(I), (IV), (V), (VI), (VII), (VIII), (IX), (X), (XIII), (XIV), AND

3.

AMENDMENT (XV), TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA,

AND FOR THE DISTRICT COURT TO REMOVE ALL PROCEEDINGS FROM THE CIRCUIT

COURT OF COOK COUNTY, ILLINOIS, AND TO REMOVE THIS CASE TO THE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS,

EASTERN DIVISION, UNDER, AND PURSUANT TO, 28 U.S.C. ss 1343; CIVIL

RIGHTS CASES: PARAGRAPHS (1) AND (2), 28 U.S.C. ss 1446(a) - (e):

PROCEDURE(S) FOR REMOVAL, AND 28 U.S.C. ss 1343(a)(1)--(a)(4):

IN ADDITION  TO THE PLAINTIFF'S CHARGES AND ALLEGATIONS OF

NON-COMPLIANCE WITH FEDERAL RULES AND REGULATIONS WHICH PROHIBIT

DISCRIMINATION IN THE PROVISION OF SERVICES IN FEDERALLY FUNDED

PROGRAMS OPERATED BY THE DEFENDANT COUNTY AND STATE AGENCIES,

THE PLAINTIFF PRAYS FOR LEAVE OF THE COURT TO REMOVE THIS CASE

UNDER, AND PURSUANT TO, THE SARBANES-OXLEY-ACT OF 2002: SECTION(S)

(403) AND SECTION (404): INVESTIGATIONS AND AUDITS, TO DETERMINE

AN ACCURATE ANALYSIS OF THE REGULATORY COMPLIANCE IN THE USE OF

THE MORE THAN (($$100,000,000.00)) YEARLY FEDERAL FUNDING.

IN FURTHERANCE OF SAID PRAYERS FOR LEAVE OF THE COURT, AND

AS GROUNDS FOR, AND IN SUPPORT OF, THE PLAINTIFF'S NOTICE OF THE

OF A CIVIL ACTION FROM THE DEFENDANT CIRCUIT COURT TO THE INSTANT

DISTRICT COURT, THE PLAINTIFF, DR. RABBI K. A. ISRAEL, FURTHER

STATES:

(1.) UNDER, AND PURSUANT TO, 28 U.S.C. SECTION 1443; CIVIL

RIGHTS CASES: ANY OF THE FOLLOWING CIVIL ACTIONS OR CRIMINAL

PROSECUTIONS, COMMENCED IN A STATE COURT BY THE DEFENDANT,

TO THE DISTRICT COURT OF THE UNITED STATES (OF AMERICA) FOR THE

DISTRICT AND THE DIVISION EMBRACING THE PLACE WHEREIN IT IS

PENDING:

(1) AGAINST ANY PERSON WHO IS DENIED OR CANNOT ENFORCE

IN THE COURTS OF SUCH STATE A RIGHT UNDER ANY LAW PROVIDING FOR

4.

THE EQUAL CIVIL RIGHTS OF CITIZENS OF THE UNITED STATES (OF AMERICA),

OR OF ALL PERSONS WITHIN THE JURISDICTION THEREOF;

(2) FOR ANY ACT UNDER COLOR OF AUTHORITY DERIVED FROM

ANY LAW PROVIDING FOR EQUAL RIGHTS, OR FOR REFUSING TO DO ANY

ACT ON THE GROUND(S) THAT IT WOULD BE INCONSISTE WITH SUCH LAW(S).

(2.) UNDER, AND PURSUANT TO, THE SECURITIES AND EXCHANGE ACT

OF 1934; 15 U.S.C. SECTION 78(aa): AND THE SARBANES-OXLEY-ACT OF

(2002); RULE(S) (301) IMPLEMENTATION OF STANDARDS OF PROFESSIONAL

CONDUCT FOR ATTORNEYS: (d) BREACH OF FIDUCIARY DUTY,

RULE(S) (406/407): DISCLOSURE REQUIRED BY SECTIONS (406) AND (407)

OF THE SARBANES-OXLEY-ACT OF (2002): SECURITIES AND EXCHANGE

COMMISSION: (17) CODE OF FEDERAL REGULATION PART(S) (228), (229),

AND (249): RULE(S) (303): IMPROPER INFLUENCE ON CONDUCT OF AUDITS:

RULE(S) (302); CERTIFICATION OF DISCLOSURE IN COMPANIES' QUARTERLY

AND ANNUAL REPORTS; SECURITIES AND EXCHANGE COMMISSION, (17) C.F.R.

PARTS (228), (229), (232), (240), (249), (270), AND (274):

RULE(S) (301); STANDARDS RELATING TO LISTED COMPANIES AUDIT

COMMITTEES; RULE(S) (401)(a): DISCLOSURE IN MANAGEMENT'S DISCUSSION

ABOUT "OFF-BALANCE-SHEET" ARRANGEMENTS AND AGGREGATE CONTRACTUAL

OBLIGATIONS; RULE(S) (802) RETENTION OF RECORDS RELEVANT TO  AUDITS

AND REVIEWS; RULE(S) (R.M.I.C.) CERTIFICATION OF MANAGEMENT

INVESTMENT COMPANY SHAREHOLDER REPORTS AND DESIGNATION OF CERTIFIED

SHAREHOLDER REPORTS AS EXCHANGE ACT PERIODIC REPORTING FORMS:

DISCLOSUR(S) REQUIRED BY SECTIONS (406) AND (407) OF THE

SARBANES-OXLEY-ACT OF (2002).

5.

(3.) THE INSTANT ACTION ARISES UNDER THE CONSTITUTION, LAWS,
AND TREATIES OF THE UNITED STATES (OF AMERICA): U.S. CONSTITUTION
ARTICLE (III) SECTION (2); 28 U.S.C. SECTION 1331; HOWERY VS.
ALLSTATE INS. CO., 243 F.3d 912, 916 (5TH. CIR. 2001); TAYLOR VS.
APPLETON, 30 F.3d 1365, 1367 (11TH. CIR. 1994); SEE: HECKLER VS.
RINGER, 466 U.S. 602, 614-15, 104 S.CT. 2013, 2021-22 (1984) .
FEDERAL-QUESTION JURISDICTION MAY BE BASED ON A CIVIL-ACTION
ALLEGING A VIOLATION OF THE U.S. CONSTITUTION: BIVENS VS. SIX-UNKNOWN
NAMED AGENTS, 403 U.S. 388,  396-97, 91 S.CT. 1999, 2004-05 (1971).

(4.) THE INSTANT ACTION ARISES UNDER FEDERAL CIVIL RIGHTS
STATUTES ENACTED BY THE UNITED STATES CONGRESS CONFERRING ORIGINAL
JURISDICTION TO THE UNITED STATES DISTRICT COURT:

(1.) UNDER, AND PURSUANT TO, 28 U.S.C. ss 1343; CIVIL
RIGHTS AND ELECTIVE FRANCHISE:

(a) THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION
OF ANY CIVIL ACTION AUTHORIZED BY LAW TO BE COMMENCED BY ANY PERSON:

(1) TO RECOVER DAMAGES FOR INJURY TO HIS PERSON OR PROPERTY,
OR BECAUSE OF THE DEPRIVATION OF ANY RIGHT OR PRIVILEGE OF A CITIZEN
OF THE UNITED STATES (OF AMERICA), BY ANY ACT DONE IN FURTHERANCE
OF ANY CONSPIRACY MENTIONED IN SECTION (1985) OF TITLE (42);

(2) TO RECOVER DAMAGES FROM ANY PERSON WHO FAILS TO
PREVENT OR TO AID IN PREVENTING ANY WRONGS MENTIONED IN SECTION
(1985) OF TITLE (42) WHICH HE HAD KNOWLEDGE WERE ABOUT TO OCCUR
AND POWER TO PREVENT;

(3) TO REDRESS THE DEPRIVATION, UNDER COLOR OF ANY STATE
LAW, STATUTE, ORDINANCE, REGULATION, CUSTOM OR USAGE, OF ANY RIGHT,
PRIVILEGE OR IMMUNITY SECURED BY THE CONSTITUTION OF THE
UNITED STATES (OF AMERICA) OR BY ANY ACT OF CONGRESS PROVIDING FOR
EQUAL RIGHTS OF CITIZENS OR OF ALL PERSONS WITHIN THE JURISDICTION

OF THE UNITED STATES (OF AMERICA);

(4) TO RECOVER DAMAGES OR TO SECURE EQUITABLE OR OTHER RELIEF UNDER ANY ACT OF CONGRESS PROVIDING FOR THE PROTECTION OF CIVIL RIGHTS, INCLUDING THE RIGHTS TO VOTE.

(b) FOR PURPOSES OF THIS SECTION--

(1) THE DISTRICT OF COLUMBIA SHALL BE CONSIDERED TO BE A STATE; AND

(2) ANY ACT OF CONGRESS APPLICABLE EXCLUSIVELY TO THE SHALL BE CONSIDERED TO BE A STATUTE OF THE DISTRICT OF COLUMBIA.

(5.) THE INSTANT ACTION IS AN INJUNCTION SUIT. IN AN ACTION SEEKING INJUNCTIVE RELIEF, THE AMOUNT IN CONTROVERSY  IS USUALLY MEASURED  BY THE VALUE OF THE RIGHT SOUGHT TO BE PROTECTED BY THE EQUITABLE RELIEF. HUNT VS. WASHINGTON STATE ADVER. COMM.,432 U.S. 333, 345, 97 S.CT. 2434, 2443 (1977).

(6.) THE INSTANT ACTION IS A DECLARATORY JUDGMENT SUIT. IN AN ACTION SEEKING DECLARATORY RELIEF, THE AMOUNT IN CONTROVERSY IS MEASURED BY THE VALUE OF THE OBJECT OF THE LITIGATION OR THE EXTENT OF THE INJURY TO BE PROTECTED. HARTFORD INS. GROUP VS. LOU-CON INC., 293 F.3d 908, 910 (5TH. CIR 2002); ENERGY CATERING SERV., INC. VS. BURROW, 911 F.SUPP. 221, 223 (E.D. LA. 1995).

(7.) THE FEDERAL COURTS MAY ENTERTAIN SOME COLLATERAL MATTERS IN A PROBATE PROCEEDING. MARKHAM VS. ALLEN, 326 U.S. 490, 494, 66 S.CT. 296, 298 (1946); BEREN VS. ROPFOGEL, 24 F.3d 1226, 1228 (10TH. CIR. 1994).

(8.) THE INSTANT ACTION CLAIMS "PENDENT-CLAIM JURISDICTION." PENDENT-CLAIM JURISDICTION AUTHORIZES FEDERAL COURTS TO EXCERSIZE JURISDICTION OVER ALL OTHER CLAIMS THAT ARE SO RELATED TO THE ORIGINAL

7.

CLAIM GIVING RISE TO ORIGINAL JURISDICTION THAT THEY FORM PART

OF THE SAME CASE OR CONTROVERSY WITHIN THE MEANING OF "ARTICLE (III)

OF THE CONSTITUTION (OF THE U.S.A.)." 28 U.S.C. ss 1367(a); SEE:

CITY OF CHICAGO, 522 U.S. AT 165, 118 S.CT. AT 530.

    (9.) UNDER, AND PURSUANT TO, 28 U.S.C. ss 1446: PROCEDURE(S)

FOR REMOVAL:

        (a) A DEFENDANT OR DEFENDANTS DESIRING TO REMOVE ANY CIVIL

ACTION OR CRIMINAL PROSECUTION FROM A STATE COURT SHALL FILE IN THE

DISTRICT COURT OF THE UNITED STATES (OF AMERICA)  FOR THE DISTRICT

AND THE DIVISION WITHIN WHICH SUCH ACTION IS PENDING A NOTICE OF

REMOVAL PURSUANT OT RULE (11) OF THE FEDERAL RULES OF CIVIL

PROCEDURE CONTAINING A SHORT AND PLAIN STATEMENT OF THE GROUNDS

FOR REMOVAL, TOGETHER WITH A COPY OF ALL PROCESS, PLEADINGS, AND

ORDERS SERVED UPON SUCH DEFENDANT OR DEFENDANTS IN SUCH ACTION.

        (b)....., (c)(1)....., (c)(4)...,

        (c)(5) IF THE UNITED STATES DISTRICT COURT DOES NOT

ORDER THE SUMMARY REMAND OF SUCH PROSECUTION, IT SHALL ORDER AN

EVIDENTIARY HEARING TO BE HELD PROMPTLY AND AFTER SUCH HEARING

SHALL MAKE SUCH DISPOSITION OF THE PROSECUTION AS JUSTICE SHALL

REQUIRE. IF THE UNITED STATES DISTRICT COURT DETERMINES THAT

REMOVAL SHALL BE PERMITTED, IT SHALL SO NOTIFY THE STATE COURT

IN WHICH SUCH PROSECUTION IS PENDING, WHICH SHALL PROCEED NO

FURTHER.

        (d)...........................................

        (e) IF THE DEFENDANT OR DEFENDANTS ARE IN ACTUAL CUSTODY

ON PROCESS ISSUED BY THE STATE COURT, THE DISTRICT COURT SHALL

ISSUE ITS WRIT OF HABEAS CORPUS, AND THE UNITED STATES MARSHAL

SHALL THEREUPON TAKE SUCH DEFENDANT OR DEFENDANTS INTO HIS CUSTODY

AND DELIVER A COPY OF THE WRIT TO THE CLERK OF SUCH STATE COURT.

(10.) THE PLAINTIFF, DR. RABBI K. A. ISRAEL, PRAYS FOR LEAVE
OF THE COURT AND, AS THE STAUTES STATE, DEMANDS, AND THE FEDERAL
STATUTES PROVIDE FOR, UNDER, AND PURSUANT TO, F.R.C.P. (38);
JURY TRIAL OF RIGHT:

(a) RIGHT PRESERVED..., (b) DEMAND..., (c) SAME:
SPECIFICATION OF ISSUES................................,
AND THE SEVENTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES
OF AMERICA PRESERVES, PROVIDES FOR, AND  PROTECTS, THE RIGHT OF
TRIAL BY JURY SO RESPECTFULLY PETITIONED FOR HEREIN, INCLUDING
F.R.C.P. (40): ASSIGNMENT OF CASES FOR TRIAL.

IN CONCLUSION, ADOLPH HITLER, RIDING ON A WAVE OF FASCISM
AFTER WORLD WAR (I), WAS FAVORED BY THE TRADITIONAL DEFECTS IN
THE SOCIETY, ESPECIALLY, THE LACK OF COHESION, ONLY AFTER THE
INHUMANE EXTERMINATION OF MORE THAN ONE-HUNDRED AND SEVENTY-FIVE
MILLION HUMAN BEINGS, AND THE NUREMBERG TRIALS, DID THE HORRORS
AND TERROR OF A MAN WHO DID NOT EVER DESERVE TO HAVE AUTHORITY
OVER AN ETHNIC GROUP OF PEOPLE WHOM HE HATED, ATTRACT THE ATTENTION
OF AMERICANS WHO PREFERRED TO LOOK THE OTHER WAY WHILE THE SLAUGHTERS
BY A GENOCIDAL XENOPHOBIC MANIAC AND HIS ARMIES RUINED EUROPE.

ATTORNEY MICHAEL DELANEY HAS NO RIGHT, AND DOES NOT DESERVE
TO HAVE ANY AUTHORITY, OVER AN ETHNICITY, THE PLAINTIFF'S, BECAUSE
ATTORNEY MICHAEL DELANEY'S FIDUCIARY JURISPRUDENCE IS CORRUPTED
BY XENOPHOBIA AND HITLERIAN CUSTOMS.

9.

RESPECTFULLY SUBMITTED BY:

SIGNED: _____

DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY,
ALSO KNOWN AS
DR. RABBI K. GARTH RICHARDSON, CONSULAR ATTORNEY,
PARALEGALS FOR CIVIL RIGHTS AND
HUMAN RIGHTS, INTERNATIONALE,
F.E.I.N. 87-0656393,
P.O. BOX 803241,
CHICAGO, ILLINOIS, 60680-3241
(773)-469-8132

DATE: DECEMBER 17, 2007

_____
NOTARY PUBLIC:

"OFFICIAL SEAL"
PATRICIA A. MARTIN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/23/2009

10.

<u>NOTICE OF FILING. NOTICE OF FILING. NOTICE OF FILING.</u>

PLEASE TAKE NOTICE, THAT ON DECEMBER 17, 2007, PLAINTIFF(S), DR. RABBI K. A. ISRAEL, FILED IN THE OFFICES OF THE CLERK OF THE COURT, <u>UNITED STATES DISTRICT COURT, NO.D.ILL., EAST. DIVISION,</u> <u>219 SO. DEARBORN ST., CHICAGO, ILLINOIS, 60604-1702,</u>, PLAINTIFF'S <u>NOTICE OF THE REMOVAL OF A CASE FROM THE CIRCUIT COURT</u>, IN THE FOREGOING CAPTIONED ACTION, A COPY OF WHICH IS ATTACHED AND IS HEREBY SERVED UPON YOU.

<u>CERTIFICATE AND AFFIDAVIT OF DELIVERY AND PROOF OF SERVICE:</u>

I, DR. RABBI K. A. ISRAEL, THE PLAINTIFF(S), CERTIFY ON OATH, THAT ON DECEMBER 17, 2007, THAT I SERVED A COPY OF THE ATTACHED NOTICE OF FILING, AND THE CAPTIONED DOCUMENTS ATTACHED HERETO, BY PLACING THEM INTO THE UNITED STATES MAIL AT THE CARDISS-COLLINS MAIN POSTAL DISTRIBUTION CENTER, AND/OR, AT THE LOOP POST-OFFICE, CERTIFIED MAIL, OR REGULAR MAIL, PROPER POSTAGE PRE-PAID, AND DIRECTED TO THE PARTIES AT THE ADDRESSES IN THE CAPTION, AT, OR BEFORE, 5:00 P.M..

RESPECTFULLY SUBMITTED BY:

SIGNED: _____
DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY,
GUARDIAN FOR MS. BEATRICE DEMETRICE GARTH,
PARALEGALS FOR CIVIL RIGHTS AND HUMAN RIGHTS,
<u>INTERNATIONALE,    F.E.I.N. 87-0656393,</u>
P.O. BOX 803241,
CHICAGO, ILLINOIS, 60680-3241
TELEPHONE: (773)-469-8132

NOTARY PUBLIC:

DATE: 12-17-2007

11.

"OFFICIAL SEAL"
PATRICIA A. MARTIN
NOTARY PUBLIC STATE OF ILLINOIS
My Commiss      pires 09/23/2009

(Rev. 11/2/01) CCP 0199

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - PROBATE DIVISION

In re the Estate of

MS. BEATRICE DEMETRICE GARTH,     } No.    07-P-6180

### PROBATE DIVISION COVER SHEET

A Probate Division Cover Sheet shall be filed with the initial petition in all actions filed in the Probate Division. The information required is for clerical purposes only, and shall not be introduced into evidence. Please check the box next to the category that best describes the type of case being filed.

**Guardianship for Disabled Person**

0001 ☒ Person (PLEASE SEE ATTACHMENTS)

0002 ☐ Estate

0003 ☐ Estate & Person

0019 ☒ Elder Abuse (PLEASE SEE DOCUMENTS ATTACHED).

**Guardianship for Minor**

0011 ☐ Person

0012 ☐ Estate

0013 ☐ Estate & Person

**Probate of Decedent's Estate - Intestate**

0004 ☐ Supervised Administration

0005 ☐ Independent Administration

0014 ☐ Summary Administration

0006 ☐ Letters of Administration to Collect

0018 ☐ Miscellaneous Probate Action (Decedent)

**Other**

0016 ☐ Sell or Transfer Structured Settlement

0017 ☒ Petition to Settle Cause of Action - Wrongful Death

**Probate of Decedent's Estate - Will**

0007 ☐ Supervised Administration

0008 ☐ Independent Administration

0015 ☐ Summary Administration

0009 ☐ Will Annexed - Supervised Administration

0010 ☐ Will Annexed - Independent Administration

Atty. No.: _____

Name: _____

Atty. for Petitioner: DR. RABBI K. A. ISRAEL, A.K.A. DR. RABBI K. GARTH RICHARDSON,

Address: P.O. BOX 803241,

City/State/Zip: CHICAGO, ILLINOIS, 60680-3241,

Telephone: (773)-469-8132

By _____ Attorney ☐ Pro Se

ATT. A(i)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS