# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

2008 JAN 22 PM 1:18

CLERK
U.S. DISTRICT COURT

DR. RABBI K. A. ISRAEL,
BROTHER OF, AND GUARDIAN FOR,
MS. BEATRICE DEMETRICE GARTH,

**PLAINTIFF**

CASE NO. 1:07-CV-07084

VS.

CIRCUIT COURT OF COOK COUNTY, IL.,
MICHAEL DELANEY, DOROTHY BROWN,

**DEFENDANT**

HON. JUDGE CHARLES R. NORGLE, PRESIDING,

HON. MAG. JUDGE A. KEYS, MAGISTRATE JUDGE.

## NOTICE OF MOTION

TO: BRENTWOOD SUB-ACUTE CARE,
CHRIST HOSPITAL,
5400 WEST 87TH. STREET,
BURBANK, ILLINOIS, 60459

THIS EMERGENCY MOTION HAS BEEN SENT BY FACSIMILE MACHINE: 708-423-1239

On JANUARY 25, 2008, at 9:A.M. a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE CHARLES R. NORGLE, SR., in Courtroom 2341 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present PLAINTIFF'S EMERGENCY MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS UNDER, AND PURSUANT TO, F.R.E. 201(a), (b), (c); THE CONTINUED ENDANGERMENT OF THE LIFE OF MS. BEATRICE DEMETRICE GARTH, PLEASE SEE SUBPOENAS ATTACHED.

Name DR. RABBI K. A. ISRAEL,
Address P.O. BOX 803241,
City / Zip CHICAGO, ILLINOIS, 60680-3241
Telephone 773-469-8207

**FILED**
1-23-2008 TG
JAN 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 22 day of JANUARY 2008

I served a copy of this notice to each person whom it is directed by way of FACSIMILE MACHINE, UPON BRENTWOOD SUB-ACUTE CARE, NURSING HOME, christ hospital,

[Arabic signature] DR. Rabbi.    JANUARY 22, 2008

SIGNATURE / CERTIFICATION    DATE

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1126
CONNECTION TEL        917082216608
SUBADDRESS
CONNECTION ID
ST. TIME              01/22 06:05
USAGE T               02'32
PGS. SENT             5
RESULT                OK
```

2008 JAN 22 PM 1:18
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

DR. RABBI K. A. ISRAEL,
BROTHER OF, AND GUARDIAN FOR,
MS. BEATRICE DEMETRICE GARTH,

PLAINTIFF

VS.

CIRCUIT COURT OF COOK COUNTY, IL.,
MICHAEL DELANEY, DOROTHY BROWN,

DEFENDANT

CASE NO. 1:07-CV-07084

HON. JUDGE CHARLES R. NORGLE, PRESIDING,

HON. MAG. JUDGE A. KEYS, MAGISTRATE JUDGE.

## NOTICE OF MOTION

TO: BRENTWOOD SUB-ACUTE CARE,
CHRIST HOSPITAL,
5400 WEST 87TH. STREET,
BURBANK, ILLINOIS, 60459

THIS EMERGENCY MOTION HAS BEEN SENT BY FACSIMILE MACHINE: 708-423-1239

On JANUARY 25, 2008, at 9:A.M. a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE CHARLES R. NORGLE, SR., Courtroom 2341 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present PLAINTIFF'S EMERGENCY MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS UNDER, AND PURSUANT TO, F.R.E. 201(a), (b), (c); THE CONTINUED ENDANGERMENT OF THE LIFE OF MS. BEATRICE DEMETRICE GARTH, PLEASE SEE SUBPOENAS ATTACHED.

Name DR. RABBI K. A. ISRAEL,

Address P.O. BOX 803241,

```
************************
***   TX REPORT    ***
************************
```

TRANSMISSION OK

2008 JAN 22 PM 1:18

| | |
|---|---|
| TX/RX NO | 1125 |
| CONNECTION TEL | 917084231299 |
| SUBADDRESS | |
| CONNECTION ID | BRENTWOOD VENT |
| ST. TIME | 01/22 05:59 |
| USAGE T | 01'24 |
| PGS. SENT | 5 |
| RESULT | OK |

U.S. CLERK
DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

DR. RABBI K. A. ISRAEL,
BROTHER OF, AND GUARDIAN FOR,
MS. BEATRICE DEMETRICE GARTH,

PLAINTIFF

CASE NO. 1:07-CV-07084

VS.

CIRCUIT COURT OF COOK COUNTY, IL.,
MICHAEL DELANEY, DOROTHY BROWN,

DEFENDANT

HON. JUDGE CHARLES R. NORGLE, PRESIDING,

HON. MAG. JUDGE A. KEYS, MAGISTRATE JUDGE.

## NOTICE OF MOTION

TO: BRENTWOOD SUB-ACUTE CARE,
CHRIST HOSPITAL,
5400 WEST 87TH. STREET,
BURBANK, ILLINOIS, 60459

THIS EMERGENCY MOTION HAS BEEN SENT BY FACSIMILE MACHINE: 708-423-1239

On JANUARY 25, 2008, at 9:A.M. a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE CHARLES R. NORGLE, SR., in Courtroom 2341 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present PLAINTIFF'S EMERGENCY MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS UNDER, AND PURSUANT TO, F.R.E. 201(a), (b), (c); THE CONTINUED ENDANGERMENT OF THE LIFE OF MS. BEATRICE DEMETRICE GARTH, PLEASE SEE SUBPOENAS ATTACHED.

Name DR. RABBI K. A. ISRAEL,

Address P.O. BOX 803241,

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**
2008 JAN 22 PM 1:18

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY, THE BROTHER OF, AND THE GUARDIAN FOR, MS. BEATRICE DEMETRICE GARTH, A DISABLED PERSON,
V.
PLAINTIFF
CIRCUIT COURT OF COOK COUNTY, ILLINOIS, DOROTHY BROWN, MICHAEL DELANEY, LISA MADIGAN, ET AL.,
TO: KRISTIN MITCHELL, ADMINISTRATOR(S), DOCTORS, NURSES, STAFF, EMPLOYEES, ET AL., BRENTWOOD SUBACUTE CARE, (NURSING HOME), 5400 WEST 87TH. STREET, BURBANK, ILLINOIS, 60459

**SUBPOENA IN A CIVIL CASE**

Case Number: [1] 1:07-CV-07084

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): ALL MEDICAL RECORDS, NAMES OF DOCTORS, NURSES AND STAFF PERSONNEL, FACILITIES USED FOR EMERGENCY TREATMENT, DATES AND TIMES OF TREATMENT, NAMES AND TITLES OF ADMINISTRATORS AND ALL DECISION MAKERS REGARDING MS. BEATRICE DEMETRICE GARTH.

| PLACE HON. JUDGE CHARLES NORGLE, SR., COURT# 2341, 219 SO. DEARBORN STREET, CHICAGO, ILLINOIS, 60604 | DATE AND TIME 9:am 02/08/2008 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  |  |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

```
2008 JAN 22 PM 1:18        PROOF OF SERVICE
```

| | DATE | PLACE |
|---|---|---|
| SERVED | JANUARY 16, 2008 | BRENTWOOD SUB-ACUTE CARE, NURSING HM., 5400 W. 87TH. STREET, BURBANK, ILL., 60459 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| KRISTIN MITCHELL, ADMINISTRATOR(S), NURSES, DOCTORS, STAFF, ET AL., | UNITED STATES POSTAL SERVICE, |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| DR. RABBI K. A. ISRAEL, | PLAINTIFF, CONSULAR ATTORNEY, |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    JANUARY 16, 2008
                     DATE

SIGNATURE OF SERVER

P.O. BOX 803241, CHICAGO, IL., 60680
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

﹩AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the 2008 JAN 22 PM 1:18

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY, THE BROTHER OF, AND THE GUARDIAN FOR, MS. BEATRICE DEMETRICE GARTH, A DISABLED PERSON,

PLAINTIFF

V.

CIRCUIT COURT OF COOK COUNTY, ILLINOIS, DOROTHY BROWN, MICHAEL DELANEY, LISA MADIGAN,

**SUBPOENA IN A CIVIL CASE**

Case Number: 1:07-CV-07084

TO: MS. BEATRICE DEMETRICE GARTH, BRENTWOOD SUB-ACUTE CARE, (NURSING HOME), 5400 WEST 87TH. STREET, BURBANK, ILLINOIS, 60459

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| BEFORE THE HON. JUDGE CHARLES NORGLE, SR. 219 SO. DEARBORN STREET, CHICAGO, ILLINOIS, 60604-1704 | NUMBER 2341 |
| | DATE AND TIME |
| | 9AM 01/25/2008 |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): ALL MEDICAL RECORDS, NAMES OF DOCTORS, NURSES AND STAFF PERSONNEL, FACILITIES USED FOR EMERGENCY TREATMENT, DATES AND TIMES OF TREATMENT, NAMES AND TITLES OF ADMINISTRATORS AND ALL DECISION MAKERS REGARDING MS. BEATRICE DEMETRICE GARTH.

| PLACE | DATE AND TIME |
|---|---|
| HON. JUDGE CHARLES R. NORGLE, SR., COURT# 2341, 219 SO. DEARBORN ST., CHICAGO, ILL., 60604-1704 | 9AM 02/08/2008 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | JANUARY 16, 2008 | BRENTWOOD SUB-ACUTE CARE, (NURSING HOME), 5400 W. 87TH. ST., BURBANK, ILL., 60459 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| MS. BEATRICE DEMETRICE GARTH, C/O KRISTIN MITCHELL, ADMINISTRATORS; | UNITED STATES POSTAL SERVICE, |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| DR. RABBI K. A. ISRAEL, | PLAINTIFF, CONSULAR ATTORNEY, |

*(stamp: 2008 JAN 22 PM 1:18 CLERK ... COURT)*

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    JANUARY 16, 2008
                    DATE

SIGNATURE OF SERVER

P.O. BOX 803241, CHICAGO, IL., 60680
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.