# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7084 | **DATE** | 1/25/2008 |
| **CASE TITLE** | DR. RABBI K. A. ISRAEL vs. CIRCUIT COURT OF COOK COUNTY, IL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's Emergency Motion for Judicial Notice is taken under advisement. Plaintiff's Motion for Appointment of Counsel was granted on 1/10/2008. IT IS HEREBY ORDERED that **TERRY M. HACKETT** (Kerns Frost & Pearlman LLC - 70 West Madison Street, Suite 5350- Chicago, IL 60602 [312 261-6322] ) is appointed to represent the Plaintiff pursuant to Local Rule 83.37. Any subpoenas which have been issued in this case are hereby quashed. Status hearing is continued to 2/1/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|