IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. RABBI K. A. ISRAEL,
THE BROTHER OF, AND THE GUARDIAN FOR
MS. BEATRICE DEMETRICE GARTH,

PLAINTIFF

CASE NO. 07-CV-07084

VS.

CIRCUIT COURT OF COOK COUNTY, ILL.,
D. BROWN, M. DELANEY, L. MADIGAN,
ET AL.,

DEFENDANT

THE HON. JUDGE C. R. NORGLE, SR.,
PRESIDING.

THE HON. MAG. JUDGE A. KEYS,
MAGISTRATE JUDGE.

## NOTICE OF MOTION

TO: CIRCUIT COURT OF COOK COUNTY, ILLINOIS, ET AL.,

R. J. DALEY CENTER, ROOM 1001,
50 W. WASHINGTON ST., CHICAGO, ILL., 60602

On FEBRUARY 08, 2008, 2008, at 9:00 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE C. R. NORGLE, SR., in Courtroom 2341, at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present PLAINTIFF'S MOTION AND APPLICATION FOR ADMISSION TO THE FEDERAL TRIAL BAR UNDER, AND PURSUANT TO, ARTICLE(S) (III) ss (2), (IV) ss (1) & (2); (VI) PARA. (2) & (3), ET AL OF THE U.S. CONST., & RULE(S) 703 & 705 ET AL, OF THE SUPREME COURT OF ILL. RULES ON ADMISSION... OF ATTORNEYS.

Name DR. RABBI K. A. ISRAEL,

Address P.O. BOX 803241,

City / Zip CHICAGO, ILL., 60680-3241

Telephone (773)-469-8207

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 1ST day of FEBRUARY, 2008, I served a copy of this notice to each person whom it is directed by way of U.S. POSTAL SERV., REGULAR MAIL, PROPER POSTAGE PRE-PAID, AT THE CARDISS-COLLINS MAIN POSTAL DIST. CENTER, AT OR BEFORE 5:00 P.M..

SIGNATURE / CERTIFICATION

FEB. 01, 2008
DATE