# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7084 | **DATE** | 2/1/2008 |
| **CASE TITLE** | DR. Rabbi K. A. Israel vs. Circuit Court of Cook County, IL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Terry M. Hackett is granted leave to withdraw his appearance as appointed counsel for the Plaintiff. IT IS HEREBY ORDERED that **Harry N. Arger** (10 S. Wacker Drive, Suite 2300- Chicago, IL 60606- [312.627.2127]) is appointed to represent the Plaintiff pursuant to Local Rule 83.37. Status hearing is continued to 2/29/2008 at 9:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | EF |
|---|---|---|