Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7084 | **DATE** | 2/4/2008 |
| **CASE TITLE** | Israel vs. Circuit Court, et al. | | |

## DOCKET ENTRY TEXT

Plaintiff's motion to be admitted to the federal trial bar [28] is denied.

*[signature: Charles Norgle]*

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

    The court is without jurisdiction to grant Plaintiff's motion. Any individual seeking admission to the general bar of the Northern District of Illinois must be a member in good standing of the bar of highest court of any state or the District of Columbia. See Local Rule 83.10. Any individual seeking admission to the trial bar of the Northern District of Illinois must be a member in good standing of the bar of highest court of any state or the District of Columbia, and must provide evidence of having the required trial experience. See Local Rule 83.11. If Plaintiff meets these qualifications, he may file the required Petition for Admission with the Clerk of Court in Room 2066 of the Dirksen Federal Buolding.

| | Courtroom Deputy Initials: | |
|---|---|---|