UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. RABBI K.A. ISRAEL, CONSULAR ATTORNEY, ALSO KNOWN AS DR. RABBI K. GARTH RICHARDSON, THE BROTHER OF, AND GUARDIAN FOR, MS. BEATRICE DEMETRICE GARTH, a disabled person, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 07 C 7084 |
| vs. | ) ) | Honorable Judge Charles R. Norgle |
| CIRCUIT COURT OF COOK COUNTY, ILLINOIS, et. al., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO :  Kathleen L. Ford, Esq.           Harry N. Arger, Esq.
      Illinois Attorney General's Office   Dykema Gossett PLLC
      100 W. Randolph St.              10 S. Wacker Drive, Ste. 2300
      Chicago, Illinois  60601         Chicago, Illinois 60606

      Michael Delaney, Esq.
      Delaney Law Offices
      14524 John Humphrey Drive
      Orland Park, Illinois 60462

PLEASE TAKE NOTICE that on February 29, 2008 at 9:30 a.m., I shall appear before the Honorable Charles R. Norgle in the courtroom usually occupied by him in Room 2341 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendant's Motion to Withdraw Appearance and Combined Motion to Stay Responsive Pleadings*.

                                    Respectfully Submitted,
                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County
                            By:     s/ Paul W. Groah
                                    Paul W. Groah
                                    Assistant State's Attorney
                                    Civil Actions Bureau
                                    500 Richard J. Daley Center
                                    Chicago, Illinois 60602
                                    (312) 603-5147
                                    # 6192200

<u>CERTIFICATE OF SERVICE</u>

    I, Paul W. Groah, Assistant State's Attorney, hereby certify that the attached was e-filed through the CM/ECF system on February 21, 2008.

                                                            s/ Paul W. Groah  
                                                            Paul W. Groah