**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   07 C 7084 |
| Dr. Rabbi K. Israel, | Judge Norgle |
| v. | |
| Circuit Court of Cook County, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant: Circuit Court of Cook County

| | |
|---|---|
| NAME (Type or print)<br>Kathleen L. Ford | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Kathleen L. Ford | |
| FIRM<br>Office of the Illinois Attorney General | |
| STREET ADDRESS<br>100 W. Randolph Street, 13th Fl. | |
| CITY/STATE/ZIP<br>Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277082 | TELEPHONE  NUMBER<br>(312) 814-5160 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ■          NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐          NO ■ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐          NO ■ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐    NO ■ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |