

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7084 | **DATE** | 2/22/2008 |
| **CASE TITLE** | Israel vs. Circuit Court, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's pro se motion for miscellaneous relief, filed on February 22, 2008, is denied.

*/s/ Charles Norgle*

■ [ For further details see text below.]          Docketing to mail notices.

---

**STATEMENT**

    On February 1, 2008, the court granted leave for Plaintiff's previously appointed counsel to withdraw, and appointed attorney Harry N. Arger to represent Plaintiff. On February 22, 2008, Plaintiff, proceeding pro se, filed the instant motion. Plaintiff was represented by counsel when he filed this pro se motion. "Hybrid representation," where a litigant has counsel and also attempts to represent himself, is forbidden. United States v. Oreye, 263 F.3d 669, 672 (7th Cir. 2001). A trial court is within its discretion to refuse to allow a litigant already represented by counsel to represent himself. See United States v. Chavin, 316 F.3d 666, 671 (7th Cir. 2002).
    Plaintiff is admonished not to file any further motions pro se. Plaintiff should confer with his appointed attorney to determine which motion(s) may be reasonable and appropriate to file in this case.

Courtroom Deputy Initials: