# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Consular Rabbi K.A. Israel | 07C7084 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Circuit Court of Cook County, Illinois, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Elvie Nelson Garth

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1736 6th. Street, Madison, Illinois 62060

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rabbi K.A. Israel
Paralegals for Economic Foundations
P.O. Box 803241
Chicago, IL 60608

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED FEB 2 5 2008

FEB 2 5 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 01-22-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 6 of 7
District of Origin No. 24
District to Serve No. 25
Signature of Authorized USMS Deputy or Clerk: TD
Date: 01-22-08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
LAWRENCE TAYLOR (COUSIN)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2/14/08  Time: 5:45 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.— | $9.70 | $8.— | | | $107.70 | |

REMARKS:
1-24-08 Forward to CPS for svc - ASA  2/14/08 GARTH OUT OF TOWN (COUSIN ACCEPTED PROCESS)
1/29/08 - 1 ENDEAVOR, 9:35AM
1/30/08 - 2ND ENDEAVOR, 8:22AM

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |