UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Rabbi K.A. Israel

                                                    Plaintiff,

v.                                                                                         Case No.: 1:07−cv−07084

                                                                                      Honorable Charles R. Norgle Sr.

Circuit Court of Cook County, Illinois, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Motion to Withdraw Appearance and Combined Motion to Stay responsive Pleadings [35] is granted. The responsive pleadings for Defendants Lisa Madigan, Attorney General and Dorothy Brown, Clerk of Court, Circuit Court of Cook County are stayed until further order of court.Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.