# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7084 | **DATE** | 2/29/2008 |
| **CASE TITLE** | Dr. Rabbi K. A. Israel vs. Circuit Court of Cook County | | |

**DOCKET ENTRY TEXT**

Paul Groah is granted leave to withdraw his appearance on behalf of Circuit Court of Cook County, Illinois.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|