## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 07 C 7084

DR. RABBI K.A. ISRAEL
  v.
CIRCUIT COURT OF COOK COUNTY, ILLINOIS, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DR. RABBI K.A. ISRAEL

| | |
|---|---|
| NAME (Type or print) <br> MOLLY E. THOMPSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ MOLLY E. THOMPSON | |
| FIRM <br> DYKEMA GOSSETT PLLC | |
| STREET ADDRESS <br> 10 SOUTH WACKER DRIVE, SUITE 2300 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6293942 | TELEPHONE NUMBER <br> 312.876.1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Kathleen Louise Ford
Illinois Attorney General's Office
100 West Randolph Street
Chicago, IL 60601
(312) 814-5160
Email: kford@atg.state.il.us

Paul W. Groah
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6461
Email: pgroah@cookcountygov.com

Michael S. DeLaney
DeLaney Law Offices
14524 John Humphrey Drive
Orland Park, IL 60462
(708) 675-7144
Email: mdelaney@delaneylawoffices.com

s/Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson

CHICAGO\2455781.1
ID\METH