### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DR. RABBI K.A. ISRAEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 7084 |
| | ) | |
| CIRCUIT COURT OF COOK COUNTY, ILLINOIS, et al., | ) ) | Judge Norgle |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 6, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead in Room 2341 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present **Plaintiff's Motion to Lift Stay and File Amended Complaint**, a copy of which is hereby served upon you.

Respectfully submitted,

s/Harry N. Arger (ARDC No. 6198806)
One of the Attorneys for Plaintiff,
Dr. Rabbi K.A. Israel

Harry N. Arger
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700 (phone)
312.627.2302 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Kathleen Louise Ford
Illinois Attorney General's Office
100 West Randolph Street
Chicago, IL 60601
(312) 814-5160
Email: kford@atg.state.il.us

Paul W. Groah
Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6461
Email: pgroah@cookcountygov.com

Michael S. DeLaney
DeLaney Law Offices
14524 John Humphrey Drive
Orland Park, IL 60462
(708) 675-7144
Email: mdelaney@delaneylawoffices.com

s/Harry N. Arger (ARDC No. 6198806)
Harry N. Arger

CHICAGO\2455781.1
ID\METH