

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7084 | DATE | 6/12/2008 |
| CASE TITLE | Israel vs. Circuit Court, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Counsel's Motion to Withdraw as Counsel [50] is granted. Plaintiff is not required to appear on June 13, 2008.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff is granted leave to file a proposed amended complaint pro se on or before June 27, 2008. Before filing an amended complaint, however, Plaintiff is admonished to review numerous District Court opinions dismissing previous cases he has filed pro se. See Garth-Richardson v. U. of Ill., No. 03 C 5406, 2005 U.S. Dist. LEXIS 4496 (N.D. Ill. Feb. 7, 2005); Israel v. British Petroleum Refinery, No. 07 C 4150, 2007 U.S. Dist. LEXIS 55026 (N.D. Ill. July 26, 2007); Israel v. Metropolitan Water Reclamation District of Greater Chicago, No. 06 C 2595, 2006 U.S. Dist. LEXIS 90031 (N.D. Ill. Dec. 11, 2006); Israel v. Crime Victims Services Division, No. 05 C 7072, 2006 U.S. Dist. LEXIS 84863 (N.D. Ill. Nov. 20, 2006); Israel v. Ill. Dept. of Public Health, No. 04 C 3140, 2006 U.S. Dist. LEXIS 9438 (C.D. Ill. Feb. 22, 2006); Israel v. Bush, No. 04 C 620, 2004 U.S. Dist. LEXIS 8085 (N.D. Ill. May 6, 2004).

Courtroom Deputy Initials:

U.S. DISTRICT COURT CLERK
2008 JUN 12 PM 4:37
FILED-ED1