Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7084 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Israel vs. Circuit Court, et al. | | |

**DOCKET ENTRY TEXT**

Pro se Plaintiff's motion to file amended complaint, filed on June 11, 2008, is denied.

■[ For further details see text below.]  Docketing to mail notices.

## STATEMENT

After reviewing the pro se Plaintiff's proposed amended complaint, filed on June 11, 2008, the court determines that the proposed amended complaint violates Federal Rule of Civil Procedure 8(a)(2), which indicates that a complaint should contain "a short and plain statement of the claim showing that the pleader is entitled to relief [.]" "This 'short and plain statement' requires a plaintiff to allege no more than 'the bare minimum facts necessary to put the defendant on notice of the claim so that he can file an answer.'" Brown v. Budz, 398 F.3d 904, 908 (7th Cir. 2005) (quoting Higgs v. Carver, 286 F.3d 437, 439 (7th Cir. 2002)). "Usually [plaintiffs] need do no more than narrate a grievance simply and directly, so that the defendant knows what he has been accused of." Doe v. Smith, 429 F.3d 706, 708 (7th Cir. 2005). A plaintiff should therefore not include "an exhaustive recitation of the facts or elements of the claim" in the complaint. Lekas v. Briley, 405 F.3d 602, 606 (7th Cir. 2005).

Plaintiff is therefore granted until July 7, 2008, to file a proposed amended complaint that complies with the requirements of FRCP 8(a)(2).

Courtroom Deputy Initials: