

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF ILLINOIS, EASTERN DIVISION.

**FILED**
Jun 12, 2008
JUN 1 2 2008
JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PROOF OF SERVICE.                                              PROOF OF SERVICE

CIVIL ACTION NUMBER: 07-CV-07084.   Judge: Norgle

I, THE UNDERSIGNED, THE PLAINTIFFS, CERTIFY THAT ON JUNE 12, 2008, I SERVED A COPY OF THIS NOTICE OF MOTION, AND A COPY OF THE MOTION ITSELF ATTACHED HERETO, EITHER VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SYSTEM, OR, VIA THE UNITED STATES POSTAL SERVICE SYSTEM, REGULAR MAIL, POSTAGE PRE-PAID, TO EACH PERSON TO WHOM IT IS DIRECTED, AT, OR BEFORE, 4:00 P.M..

RESPECTFULLY SUBMITTED BY:

SIGNED: كليفة كارت كليفة   DR. Rally

DR. RABBI K. A. ISRAEL, A/K/A

DR. RABBI K. GARTH RICHARDSON,

BIOCHEMICAL ENDOCRINOLOGY, MOLECULAR &

AGRICULTURAL, GENETICS, U.S.A., INC.,

F.E.I.N. 80-0161535,

P.O. BOX 803241,

CHICAGO, ILLINOIS, 60680-3241.

TELEPHONE: (773)-469-8207.

DATE: JUNE 12, 2008.

PAGE 1.