IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF ILLINOIS, EASTERN DIVISION,

NOTICE OF MOTION.                    NOTICE OF MOTION.

**FILED**
JUN 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE, THAT ON JUNE 12, 2008, THE PLAINTIFFS, DR. RABBI K. A. ISRAEL, AND HIS SISTER AND WARD, MS. BEATRICE D. GARTH, FILED IN THE OFFICES OF THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION THE, "PLAINTIFFS' EMERGENCY MOTION TO AMEND THE PLAINTIFFS' ORIGINAL COMPLAINT UNDER, AND PURSUANT TO F.R.C.P. 15(a)--(d), AND A STANDING ORDER OF THE DISTRICT COURT," IN THE HEREIN CAPTIONED ACTION, A COPY OF WHICH IS ATTACHED AND IS HEREBY SERVED UNPON YOU.

RESPECTFULLY SUBMITTED BY:

SIGNED: _____ DR. Rabb.

DR. RABBI K. A. ISRAEL, A/K/A/

DR. RABBI K. GARTH RICHARDSON,

BIOCHEMICAL ENDOCRINOLOGY, MOLECULAR, &

AGRICULTURAL, GENETICS, U.S.A., INC.,

F.E.I.N. 80-0161535,

P.O. BOX 803241,

CHICAGO, ILLINOIS, 60680-3241.

TELEPHONE: (773)-469-8207.

DATE: JUNE 12, 2008.

PAGE 2.