IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION.

**PLAINTIFF'S EMERGENCY MOTION TO AMEND THEIR ORIGINAL COMPLAINT PURSUANT TO A STANDING ORDER OF THE DISTRICT COURT.**

| | |
|---|---|
| DR. RABBI K. A. ISRAEL, A/K/A/ DR. RABBI K. GARTH RICHARDSON, THE BROTHER OF, AND SURROGATE DECISION MAKER FOR, MS. BEATRICE DEMETRICE GARTH, A PLAINTIFF AND A DISABLED PERSON, P.O. BOX 803241, CHICAGO, ILLINOIS, 60680-3241 TELEPHONE: (773)-469-8207 | ) NOTICE OF THE PLAINTIFFS' CLAIM <br> ) OF THE UNCONSTITUTIONALITY <br> ) OF A STATUTE OF THE STATE OF <br> ) ILLINOIS AND OF THE COUNTY OF <br> ) COOK._____ <br> ) CIVIL ACTION NO. 07-CV-07084 <br> )_____ <br> ) HON. JUDGE C. R. NORGLE, SR., <br> ) HON. MAG. JUDGE A. KEYS. <br> )_____ |
| PLAINTIFFS, | )DAMAGES CLAIMED:$$100,000,000 |

VERSUS

CIRCUIT COURT OF COOK COUNTY, ILL., )

DOROTHY BROWN, CLERK OF THE CIR. COURT,)

MICHAEL S. DELANEY, ATTORNEY AT LAW, )

ETHEL MAE SPENCER, )

ERNESTINE ALLEN, )

ELVIE NELSON GARTH, )

LISA MADIGAN, ATTORNEY GENERAL OF ILL., )

DEFENDANTS,

4.

A COMPLAINT CHARGING THE STATE OF ILLINOIS, THE CIRCUIT COURT OF THE COUNTY OF COOK, ET AL. DEFENDANTS, WITH THE UNCONSTITUTIONAL ESTABLISHMENT, AND THE UNCONSTITUTIONAL ENFORCEMENT, OF A STATE RELIGION, AS A REQUIREMENT TO PARTICIPATE IN FEDERALLY FUNDED PROGRAMS, AND CHARGING VIOLATIONS OF ART. (III) ss (2), ART. (IV) ss (1) & CLAUSE (1) OF ss (2), ART. (VI) PARA. (2) & (3), AMEND. (I), (IV), (V), (VI), (VII), (VIII), (IX), (X), (XIII) ss (1), (XIV) ss (1), (XV) ss (1), ET AL., OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA, AND CLAIMING DAMAGES FROM THE DEFENDANTS BECAUSE OF THEIR HAVING CAUSED INJURIES THEREBY UPON THE PLAINTIFFS.

---

COMES NOW THE PLAINTIFFS, DR. RABBI K. A. ISRAEL, AND HIS SISTER AND WARD, MS. BEATRICE DEMETRICE GARTH, A PERSON WITH A DISABILITY, TO PRAY FOR LEAVE OF THE COURT TO FILE THEIR AMENDED EMERGENCY COMPLAINT IN THE INSTANT ACTION UNDER, AND PURSUANT TO F.R.C.P. 15(a)—(d).

IN FURTHERANCE OF SAID PRAYERS FOR LEAVE OF THE COURT, AND AS ADDITIONAL GROUNDS FOR, AND IN SUPPORT OF, PLAINTIFF'S EMERGENCY MOTION TO AMEND THEIR ORIGINAL COMPLAINT, PLAINTIFFS STATE:

(1.) THESE CLAIMS, AND THIS COMPLAINT, AND THESE CHARGES, SEEK TO RECOVER DAMAGES AND TO SECURE EQUITABLE AND OTHER RELIEF UNDER AN ACT OF CONGRESS PROVIDING FOR THE PROTECTION OF CIVIL RIGHTS;

5.

(2.) TO REDRESS THE DEPRIVATION, UNDER COLOR OF ANY STATE LAW, ET AL., OF ALL RIGHTS, PRIVILEGES AND IMMUNITIES SECURED BY THE CONSTITUTION OF THE UNITED STATES (OF AMERICA) AND BY ACTS OF CONGRESS PROVIDING FOR THE EQUAL RIGHTS OF CITIZENS AND OF ALL PERSONS WITHIN THE JURISDICTION OF THE UNITED STATES OF AMERICA;

(3.) TO RECOVER DAMAGES FROM ANY PERSON WHO FAILS TO PREVENT ANY OF THE WRONGS MENTIONED IN SECTION 1985 TITLE 42;

(4.) TO RECOVER DAMAGES FOR INJURIES BY ANY ACT DONE IN FURTHERANCE OF ANY CONSPIRACY MENTIONED IN SECTION 1985 OF TITLE 42, INCLUDING, BUT NOT LIMITED TO, THE FOLLOWING:

(77 ILL. ADM. CODE 560.120): VIOLENT INJURY REPORTING CODE, (77 ILL. ADM. CODE ss 515.170(a), (b) EMPLOYER RESPONSIBILITY): EMERGENCY MEDICAL CENTER TRAUMA CODE.

(1.) THE PLAINTIFFS, DR. RABBI K. A. ISRAEL, AND HIS SISTER AND WARD MS. BEATRICE DEMETRICE GARTH, ARE BOTH "INTERESTED PARTIIES," AS DESCRIBED IN: (5 ILCS 430/5-50(d)); STATE OFFICIALS AND EMPLOYEES ETHICS ACT, WHICH IS THE STATUTORY AUTHORITY OF THE OFFICE OF THE EXECUTIVE INSPECTOR GENERAL FOR THE AGENCIES OF THE ILLINOIS GOVERNOR.

(2.)    THE PLAINTIFFS CHARGE, CLAIM, AND COMPLAIN THAT, THEY ARE ENTITLED, BY THEIR CREATOR, AND AS CITIZENS OF THE STATE OF ILLINOIS, AND AS CITIZENS OF THE UNITED STATES OF AMERICA, AND BY THE CONSTITUTION OF THE STATE OF ILLINOIS, AND BY THE CONSTITUTION OF THE UNITED STATES OF AMERICA, TO THE INALIENABILITIES, THE RIGHTS, THE PRIVILEGES, THE IMMUNITIES, THE DUE PROCESS OF LAW, AND EQUAL PROTECTIONS OF THE LAW, WHICH HAVE BEEN VIOLATED, IN WHOLE OR IN PART, BY THE DEFENDANTS NAMED HEREIN, AND, OR, THEIR SUB-ORDINATES AND PROXIES.

---

28 U.SC. SECTION 1443: (1), (2): CIVIL RIGHTS CASES;

THE PLAINTIFFS HAVE BEEN DENIED, AND THE PLAINTIFFS CANNOT ENFORCE, THEIR CIVIL RIGHTS UNDER THE STATE AND FEDERAL LAWS WHICH PROVIDE FOR THE EQUAL CIVIL RIGHTS OF CITIZENS OF THE UNITED STATES OF AMERICA.

---

42 U.S.C. ss 1981; EQUAL RIGHTS UNDER THE LAW.

---

(3)    THE PLAINTIFFS, DR. RABBI K. A. ISRAEL, AND HIS SISTER AND WARD, MS. BEATRICE DEMETRICE GARTH, HAVE EXHAUSTED ALL ADMINISTRATIVE REMEDIES, AND THEY HAVE SOUGHT REFUGE OF THE EQUAL PROTECTIONS OF THE LAWS CLAUSES OF THE CONSTITUTION OF THE STATE OF ILLINOIS, THE RIGHT TO REMEDY

AND JUSTICE PROVISION OF SECTION (12), THE NO DISCRIMINATION ON THE BASIS OF SEX (GENDER) PROVISION OF SECTION (18), THE NO DISCRIMINATION AGAINST THE HANDICAPPED PROVISION OF SECTION (19), THE ENFORCEMENT OF THE CRIME VICTIM'S RIGHTS OF SECTION (8.1(a)(1))—(10)(d), THE RIGHT TO PRIVACY, AGAINST SEARCHES, AGAINST SEIZURES, AND AGAINST INTERCEPTIONS, PROVISIONS OF SECTION (6), THE RIGHT TO ASSEMBLE AND TO PETITION OF SECTION (5), THE RIGHT OF THE FREEDOM OF SPEECH OF SECTION (4), THE RIGHT OF RELIGIOUS (THEOLOGICAL) FREEDOM OF SECTION (3), THE RIGHT OF DUE PROCESS AND EQUAL PROTECTION OF SECTION (2), THE INHERENT AND INALIENABLE RIGHTS OF SECTION (1), THE RIGHT TO TRIAL BY JURY OF SECTION (13), THE RIHT AGAINST THE IMPOSING OF EX-POST-FACTO-LAWS AND IMPAIRING CONTRACTS PROVISION OF SECRION (16), THE RIGHT TO INDIVIDUAL DIGNITY OF SECTION (20), THE RIGHTS OF THE FUNDAMENTAL PRINCIPLES OF SECTION (23), AND THE RIGHTS RETAINED PROVISIONS OF SECTION (24), EVERY PROTECTION, REGULATION, RULE, AND ADMINISTRATIVE REMEDY OF WHICH HAS BEEN BRUTALLY VIOLATED BY THE DEFENDANTS NAMED, AND, OR, THEIR SUB-ORDINATES AND PROXIES.

42 U.S.C. ss 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS.

---

28 U.S.C. ss 1343: CIVIL RIGHTS AND ELECTIVE FRANCHISE; (a)(1)—(4).

8.

THE PLAINTIFFS, DR. RABBI K. A. ISRAEL, AND MS. BEATRICE DEMETRICE GARTH, ARE BOTH MEMBERS IN, AND STUDENTS OF, MOUNT OF OLIVES TEMPLE SYNAGOGUE JERUSALEM, ISRAEL, AND TEACHER MATISYAHU BEN YOCHANAN HACOHEN, AND THE ORTHODOX LEVITICAL TEACHING OF THE GEOMETRY, THE QUANTUM-PHYSICS, THE LANGUAGES, THE ARCHITECTURE, THE MATHEMATICS, THE CHEMISTRY, THE SCIENCES, AND THE CULTURES, AND HAVE BOTH BEEN DILIGENTLY SO FOR MORE THAN TWENTY-FIVE (25) YEARS, THE ORTHODOXY AND THE THEOLOGY.

ARTICLES. (I), (II), (III), (IV), (V), (VI), (VII), OF THE CONSTITUTION OF THE OF ILLINOIS, AND FOR THE VIOLATIONS THEREOF;

---

THE DEFENDANT AGENCIES, OFFICERS, AND OFFICES, OF THE STATE OF ILLINOIS, AND THE COUNTY OF COOK, INCLUDING, DAMON T. ARNOLD, DIRECTOR OF THE ILLINOIS DEPARTMENT OF PUBLIC HEALTH, DANIEL BLUTHHARDT, DIRECTOR OF THE ILLINOIS OFFICE OF FINANCIAL AND PROFESSIONAL REGULATIONS, AND JAMES A. WRIGHT, EXECUTIVE INSPECTOR GENERAL, OFFICES OF THE INSPECTOR GENERAL FOR THE AGENCIES OF THE ILLINOIS GOVENOR, AND THEIR EMPLOYEES ET AL. DEFENDANTS, HAVE ACTED WITH DISCRIMINATION BASED ON THE SUPREMACY OF THEIR CHRISTIAN RELIGION, BIAS, PREJUDICE, INTIMIDATION, HARASSMENT, RETALLIATION, AND MALICE, ABUSE, FRAUD, AND WASTE, AND CONTINUE TO ENGAGE IN THE ESTABLISHMENT OF THEIR CHRISTIAN RELIGION AS THE OFFICIAL STATE RELIGION AS A REQUIREMENT FOR THE PLAINTIFFS TO RECEIVE SERVICES FROM

9.

THE STATE OF ILLINOIS, AND AS A REQUIREMENT FOR THE PLAINTIFFS TO PARTICIPATE IN FEDERALLY FUNDED PROGRAMS OPERATED BY SAID DEFENDANTS, TO THE DETRIMENT OF THE PLAINTIFFS, TO THE PHYSICAL INJURY OF THE PLAINTIFFS, AND TO THE EMOTIONAL DISTRESS OF THE PLAINTIFFS, AND ALL IN THE NAME OF THE GOVERNOR OF THE STATE OF ILLINOIS, ROD R. BLAGOJEVICH, AND IN THE NAMES OF THE BEFORE CITED AGENCY DIRECTORS.

---

"OUR NATION IS MOVING TOWARDS TWO SOCIETIES, ONE BLACK, ONE WHITE—SEPARATE AND UNEQUAL." FORMER ILL. GOV. OTTO KERNER.

THE PLAINTIFFS, DR. RABBI K. A. ISRAEL, AND MS. BEATRICE D. GARTH, FURTHER CLAIM AND COMPLAIN THAT THE DEFENDANTS HAVE INSTITUTED A "SYSTEM OF APARTHEID," AND HAVE ALIENATED THE BROTHER AND SISTER RELATIONSHIP OF THE PLAINTIFFS, WHOM ARE AFRICAN DESCENDED AMERICANS, TO SOMETHING LESS THAN THEY, THE DEFENDANTS, ENJOY AS PET-OWNERS OF THEIR DOGS AND CATS. PER THE POLICIES OF BIAS, THE PRACTICES OF BIGOTRY, AND THE INSTRUCTIONS OF THE AGENCY DIRECTORS NAMED HEREIN TO DISCRIMINATE, THE DEFENDANTS HAVE REFUSED TO TAKE, OR MAKE, POLICE REPORTS, TO PROVIDE HOSPITAL CARE, AND TO PROVIDE REHABILITATIVE TREATMENT, PHYSICAL THERAPY, AND SPEECH THERAPY, FOR MS. BEATRICE DEMETRICE GARTH.

(A.) THE PLAINTIFFS FURTHER CLAIM AND COMPLAIN THAT A COMPANY LOCATED IN LINCOLNWOOD, ILLINOIS, THAT IS CALLED "E.M.I. CORPORATION," IS THE OWNER OF "BURNHAM HEALTH-FACILITY PROPERTIES, 14500 MANISTEE, BURNHAM, ILLINOIS, " THE INDEPENDENT LIVING CENTER AT WHICH MS. BEATRICE DEMETRICE GARTH WAS ASSAULTED, RAPED, AND KIDNAPPED BY TWO AS YET UN0IDENTIFIED EMPLOYEES, ON AUGUST 11, 2007.

(B.) THIS SAME CORPORATION OWNS AND OPERATES THE FACILITY TO WHICH MS. BEATRICE D. GARTH WAS KIDNAPPED, "SPECIALTY SELECT, 5400 SOUTH HOHMAN, HAMMOND, INDIANA," WHERE SHE WAS HELD INCOMMUNICADO FOR MORE THAN SIXTY-FIVE (65) DAYS.

(C.) THE SAME COMPANY OWNS AND OPERATES "BRENTWOOD SUB-ACUTE CARE, 4500 WEST 95TH. STREET, BURBANK, ILLINOIS," THE FACILITY TO WHICH MS. BEATRICE DEMETRICE GARTH WAS PLACED AS A RESULT OF THE CO-PLAINTIFF, DR. RABBI K. A. ISRAEL, HER BROTHER, HAVING FILED A CIVIL AND CRIMINAL COMPLAINTS CHARGING THAT HIS SISTER, MS. BEATRICE D. GARTH, HAD BEEN KIDNAPPED AND TAKEN BY THE DEFENDANTS OUT OF THE JURISDICTION OF THE STATE OF ILLINOIS, AND THAT SHE HAD BEEN TAKEN OUTSIDE OF THE COUNTY OF COOK IN THE DEFENDANTS' ATTEMPTS TO DESTROY EVIDENCE AND TO DESTROY THE CRIME-SCENE.

(D.) THE SAME COMPANY OWNS AND OPERATES "ELM-WOOD CARE NURSING HOME, 7733 WEST GRAND AVENUE, ELM-WOOD PARK, ILLINOIS," THE FACILITY TO WHICH MS. BEATRICE DEMETRICE GARTH AS A RESULT OF THE CO-PLAINTIFF, DR. RABBI K. A. ISRAEL, HER BROTHER, HAVING CHARGED THAT THE DEFENDANTS, ATTORNEY MICHAEL DELANEY, ETHEL MAE SPENCER, ERNESTINE ALLEN, ELVIE NELSON GARTH, DOROTHY BROWN, THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, ATTORNEY GENERAL LISA MADIGAN, ATTORNEY STEVEN MIJALOVIC, ET AL., WERE CONTINUING TO ENDANGER THE LIFE OF MS. BEATRICE DEMETRICE GARTH, IN THE FACT THAT FOR ALL OF THESE MONTHS SHE, MS. BEATRICE D. GARTH HAD NEVER BEEN TREATED IN A HOSPITAL, AND THAT SHE HAD NEVER BEEN TREATED BY A DOCTOR, THAT, AND WHO, WAS NOT ON THE SAME PAY-ROLL OF THE SAME CORPORATION AGAINST WHOM LAWSUITS HAD BEEN FILED, CHARGING CRIMINAL AND CIVIL VIOLATIONS, IN RELATION TO THE ORIGINAL ATTACKS AGAINST MS. BEATRICE DEMETRICE GARTH.

(E.) THE PLAINTIFFS FURTHER CLAIM AND COMPLAIN THAT IN THE ROOM (315) IN WHICH MS. BEATRICE DEMETRICE GARTH HAS BEEN PLACED AT THE "ELMWOOD CARE NURSING HOME," THERE ARE THREE WOMEN PATIENTS. THE TWO OTHER WOMEN PATIENTS ARE ELDERLY WOMEN WHOSE AGES RANGE BETWEEN SEVENTY TO SEVENTY-FIVE YEARS OF AGE. AT THE ENTRANCE WAY TO THE ROOM IS A PLACARD POSTED ON THE OUTSIDE HALL-WAY SIDE OF THE WALL. THE PLACARD STATES THAT

ALL OF THE INHABITANTS OF THE ROOM HAVE AN INFECTIOUS AND COMMUNICABLE VIRUS, AND THAT ALL VISITORS SHOULD WEAR FACE-MASKS, ISOLATION-GOWNS, AND GLOVES.

THE FEMALE PATIENT WHOSE BED IS FURTHEST FROM THE DOOR-WAY, AND CLOSEST TO THE WINDOW, IS A CAUCASIAN WOMAN.

THE OTHER TWO WOMEN PATIENTS ARE AFRICAN-DESCENDED-AMERICAN WOMEN, INCLUDING MS. B. D. GARTH, WHO IS 42 YEARS OF AGE.

THE CAUCASIAN WOMAN WHOSE BED IS NEAREST THE WINDOW, AND FURTHEST FROM THE DOOR, HAS APPROXIMATELY TWENTY-ONE TO TWENTY-TWO FEET OF THE SPACE IN THE THIRTY-FOOT-WIDE ROOM. THE TWO AFRICAN-DESCENDED-AMERICAN WOMEN, HAVE BEEN PLACED WITH THEIR BEDS LESS THAN ONE-FOOT APART, AND THE TWO AFRICAN-DESCENDED-AMERICAN WOMEN SHARE APPROXIMATELY SEVEN FEET OF SPACE. (PLEASE SEE; "PLAINTIFFS' MOTION TO INTRODUCE PHOTGRAPHS AS EVIDENCE, ATTACHMENTS")

IN CONCLUSION, THE CITATIONS: (5 ILCS 430/5-50(d)); "INTERESTED PARTY" MEANS A PERSON OR ENTITY WHOSE RIGHTS, PRIVILEGES OR INTERESTS ARE THE SUBJECT OF, OR, ARE DIRECTLY AFFECTED BY A REGULATORY, QUASI-ADJUDICATORY, INVESTMENT, OR LICENSING MATTER. (THIS IS THE STATUTORY AUTHORITY OF THE ILL. OFFICE OF THE EXECUTIVE INSPECTOR GENERAL.)

13.

VIOLENT INJURY REPORTING CODE; (77 ILL. ADM. CODE 560.120): REPORTING REQUIREMENTS; (a) THE DEPARTMENT SHALL ESTABLISH AND MAINTAIN AN INFORMATION REGISTRY AND REPORTING SYSTEM FOR THE PURPOSE OF DATA COLLECTION ON VIOLENT INJURIES TO PERSONS OF THIS STATE. ALL INFORMATION AND DATA REPORTED SHALL BE CONFIDENTIAL AND PRIVILEGED IN ACCORDANCE WITH PART 21 OF ARTICLE VII OF THE CODE OF CIVIL PROCEDURE (735 ILCS 5/ART.) VIII, PART 210. SECTION 55.81 OF THE CIVIL ADMINISTRATIVE CODE OF ILLINOIS): (b)--(f): ILLINOIS DEPARTMENT OF PUBLIC HEALTH.

EMERGENCY MEDICAL SERVICES AND TRAUMA CENTER CODE: (77 ILL. ADM. CODE 515.170); EMPLOYER RESPONSIBILITY: (a) NO EMPLOYER SHALL EMPLOY OR PERMIT ANY EMPLOYEE TO PERFORM ANY SERVICES FOR WHICH A LICENSE, CERTIFICATE OR OTHER AUTHORIZATION IS REQUIRED BY THE ACT OR THIS PART UNLESS AND UNTIL THE PERSON SO EMPOLYED POSSESSES ALL LICENCES, CERTIFICATES OR AUTHORIZATIONS THAT ARE SO REQUIRED. (SECTION 3.160(a) OF THE ACT) THE EMPLOYER SHALL EXAMINE A VALID, ORIGINAL LICENSE FOR COMPLEANCE WITH THIS SUBSECTION (a).

(b.) ANY PERSON OR ENTITY THAT EMPLOYS OR SUPERVISES A PERSON'S ACTIVITIES AS A FIRST RESPONDER OR EMERGENCY MEDICAL DISPATCHER SHALL COOPERATE WITH THE DEPARTMENTS EFFORTS TO MONITOR AND ENFORCE COMPLIANCE BY THOSE INDIVIDUALS WITH THE REQUIREMENTS OF THE ACT OR THIS PART. (SECTION 3.160(b) OF THE

ACT). (SOURCE: ADDED AT 21 ILL. REG. 5170, EFFECTIVE APEIL 15, 1997); ILLINOIS DEPARTMENT OF PUBLIC HEALTH.

28 U.S.C. ss 1443 : CIVIL RIGHTS CASES; ANY OF THE FOLLOWING CIVIL ACTIONS OR CRIMINAL PROSECUTIONS, COMMENCED IN A STATE COURT MAY BE REMOVED BY THE DEFENDANT TO THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT AND DIVISION EMBRACING THE PLACE WHEREIN IT IS PENDING:

(1.) AGAINST ANY PERSON WHO IS DENIED OR CANNOT ENFORCE IN THE COURTS OF SUCH STATE A RIGHT UNDER ANY LAW PROVIDING FOR THE EQUAL RIGHTS OF CITIZENS OF THE UNITED STATES (OF AMERICA), OR OF ALL PERSONS WITHIN THE JURISDICTION THEREOF;

(2.) FOR ANY ACT UNDER COLOR OF AUTHORITY DERIVED FROM ANY LAW PROVIDING FOR EQUAL RIGHTS, OR FOR REFUSING TO DO ANY ACT ON THE GRONDS THAT IT WOULD BE INCONSISTENT WITH SUCH LAW.

28 U.S.C. ss 1343: CIVIL RIGHTS AND ELECTIVE FRANCHISE:

(a) THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION OF ANY CIVIL ACTION AUTHORIZED BY LAW TO BE COMMENCED BY ANY PERSON:

(1.) TO RECOVER DAMAGES FOR INJURIES TO HIS PERSON OR PROPERTY, OR BECAUSE OF THE DEPRIVATION OF ANY RIGHT OR PRIVILEGE OF A CITIZEN OF THE UNITED STATES (OF AMERICA), BY ANY ACT DONE IN THE FURTHERANCE OF ANY CONSPIRACY MENTIONED IN SECTION 1985 OF TITLE 42;

(2.) TO RECOVER DAMAGES FROM ANY PERSON WHO FAILS TO PREVENT OR TO AID TO PREVENT ANY WRONGS MENTIONED IN SECTION 1985 OF TITLE 42 WHICH HE HAD KNOWLEDGE WERE ABOUT OT OCCUR AND THE POWER TO PREVENT;

(3.) TO REDRESS THE DEPRIVATION, UNDER COLOR OF ANY STATE LAW, STATUTE, ORDINANCE, REGULATION, CUSTOM OR USAGE, OF ANY RIGHT, PRIVILEGE OR IMMUNITY SECURED BY THE CONSTITUTION OF THE UNITED STATES (OF AMERICA) OR BY ANY ACT OF CONGRESS PROVIDING FOR EQUAL RIGHTS OF CITIZENS OR OF ALL PERSONS WITHIN THE JURISDICTION OF THE UNITED STATES (OF AMERICA);

(4.) TO RECOVER DAMAGES OR TO SECURE EQUITABLE OR OTHER RELIEF UNDER ANY ACT OF CONGRESS PROVIDING FOR THE PROTECTION OF CIVIL RIGHTS, INCLUDING THE RIGHT TO VOTE.

(b) (1), (b)(2).

IN CONCLUSION: READING AND ORGANIZING QUANTITATIVE EVIDENCE: MAKING SENSE OF NUMBERS; THE CHALLENGE FOR BECOMING HISTORIANS IS TWO-FOLD: (1) TO LEARN HOW TO POSE GOOD QUESTIONS OF AVAILABLE QUANTITATIVE SOURCES, INCLUDING BOTH RAW AND AGGREGATED DATA; AND (2) TO LEARN HOW TO ORGANIZE AND TO 'READ' THE DATA YOURSELF TO ANSWER THE QUESTIONS THAT YOU HAVE POSED. IF YOU DO NOT LIKE MATHEMATICS, YOU PROBABLY WILL NOT BECOME A HEAVY-DUTY QUANTITATIVE-HISTORIAN. BUT YOU CAN STILL USE BASIC QUANTITATIVE METHODS IN YOUR RESEARCH, AND YOU CAN STILL BECOME A CRITICAL READER OF QUANTITATIVE SCHOLARSHIP. THERE IS A RANGE OF REASONABLE POSITIONS BETWEEN THAT OF A TRUE BELIEVER, ON THE ONE HAND, AND AN ANTI-NUMERIC NIHILIST, ON THE OTHER. THE PHILOSOPHY UNDERLYING THIS GUIDE IS THAT QUANTITATIVE HISTORY IS TOO IMPORTANT TO BE LEFT EXCLUSIVELY TO THE MATHEMATICALLY INCLINED. (PUBLISHED ONLINE JULY 2002: GARY KORNBLITH, "MAKING SENSE OF NUMBERS," HISTORY MATTERS: THE U.S. SURVEY COURSE ON THE WEB, http://historymatters.gmu.edu/mse/numbers/, JULY 2002 ).

17.

RESPECTFULLY SUBMITTED BY:

SIGNED: _____

DR. RABBI K. A. ISRAEL, A/K/A/

DR. RABBI K. GARTH RICHARDSON,

BIOCHEMICAL ENDOCRINOLOGY, MOLECULAR, &

AGRICULTURAL, GENETICS, U.S.A., INC.,

F.E.I.N. 80-0161535,

P.O. BOX 803241,

CHICAGO, ILLINOIS, 60680-3241.

TELEPHONE: (773)-469-8207.

18.

FILED
JUN 12, 2008
JUN 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
MAY 8 X 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | Civil Action No. |
| Rabbi K.A. Israel a.k.a. | ) | |
| Keith Garth Richardson | ) | 08 CV 2258 |
| Plaintiff, *pro se* | ) | |

### EXECUTIVE COMMITTEE ORDER

IT APPEARING That on March 11, 2008, the United States Court of Appeals for the Seventh Circuit entered an order directing the clerks of all federal courts in the circuit to return unfiled any papers submitted by or for Rabbi K.A. Israel unless and until he pays all outstanding fees and sanctions; therefore

IT IS HEREBY ORDERED That the clerk of the United States District Court for the Northern District of Illinois is directed to return unfiled any documents submitted by or for Rabbi K.A. Israel in any new civil cases until he pays all outstanding fees and sanctions imposed by the United States Court of Appeals for the Seventh Circuit. A copy of this order shall be included with the returned documents, and

IT IS FURTHER ORDERED That cases in existence prior to the entry of this order are not affected by this order and shall proceed as usual; and

IT IS FURTHER ORDERED That no sooner than 12 months from the date of this order, Mr. Israel may submit a motion to rescind or modify this order; and

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Rabbi K.A. Israel at 1839 South Racine Avenue, Chicago, IL 60680-3241 the address given by Mr. Israel in papers filed on January 22, 2008. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge

PAGE: 3.

Dated at Chicago, Illinois this 22nd day of April, 2008