IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF ILLINOIS, EASTERN DIVISION,

NOTICE OF MOTION.                HON. JUDGE CHARLES R. NORGLE, SR., PRESIDING.

HON. MAGISTRATE JUDGE ARLANDER KEYS.

CIVIL ACTION NUMBER: 07-CV-07084.

PLEASE TAKE NOTICE, THAT ON JUNE 30, 2008, THE PLAINTIFFS,

DR. RABBI K. A. ISRAEL, AND HIS SISTER AND WARD, MS. BEATRICE D. GARTH, FILED IN THE OFFICES OF THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, THE "PLAINTIFFS' EMERGENCY MOTION TO AMEND THE PLAINTIFF'S ORIGINAL COMPLAINT UNDER, AND PURSUANT TO F.R.C.P. 15(a)--(d), AND A STANDING ORDER OF THE DISTRICT COURT," IN THE HEREIN CAPTIONED ACTION, A COPY OF WHICH IS ATTACHED AND IS HEREBY SERVED UNPON YOU.

RESPECTFULLY SUBMITTED BY:

SIGNED: _____

DR. RABBI K. A. ISRAEL, A/K/A/

DR. RABBI K. GARTH RICHARDSON,

BIOCHEMICAL ENDOCRINOLOGY, MOLECULAR, &

AGRICULTURAL, GENETICS, U.S.A., INC.,

F.E.I.N. 80-0161535,

P.O. BOX 803241,

CHICAGO, ILLINOIS, 60680-3241.

TELEPHONE: (773)-469-8207.

DATE: JUNE 30, 2008.

FILED
6-30-2008
JUN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PAGE 1.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF ILLINOIS, EASTERN DIVISION.

PROOF OF SERVICE.        PROOF OF SERVICE.

CIVIL ACTION NUMBER: 07-CV-07084.    HON. JUDGE CHARLES R. NORGLE, SR., PRESIDING.

HON. MAGISTRATE JUDGE ARLANDER KEYS.

I, THE UNDERSIGNED, THE PLAINTIFFS, CERTIFY THAT ON JUNE 30, 2008, I SERVED A COPY OF THIS NOTICE OF MOTION, AND A COPY OF THE MOTION ITSELF ATTACHED HERETO, EITHER VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SYSTEM, OR, VIA THE UNITED STATES POSTAL SERVICE SYSTEM, REGULAR MAIL, POSTAGE PRE-PAID, TO EACH PERSON TO WHOM IT IS DIRECTED, AT, OR BEFORE, 5:00 P.M..

RESPECTFULLY SUBMITTED BY:

SIGNED: _____

DR. RABBI K. A. ISRAEL, A/K/A

DR. RABBI K. GARTH RICHARDSON,

BIOCHEMICAL ENDOCRINOLOGY, MOLECULAR &

AGRICULTURAL, GENETICS, U.S.A., INC.,

F.E.I.N. 80-0161535,

P.O. BOX 803241,

CHICAGO, ILLINOIS, 60680-3241.

TELEPHONE: (773)-469-8207.

DATE: JUNE 30, 2008.

PAGE (2).

Order Form (01/2005)   Case 1:07-cv-07084   Document 53   Filed 06/13/2008   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7084 | DATE | 6/13/2008 |
| CASE TITLE | Israel vs. Circuit Court, et al. | | |

**DOCKET ENTRY TEXT**

Pro se Plaintiff's motion to file amended complaint, filed on June 11, 2008, is denied.

■ [ For further details see text below.]   Docketing to mail notices.

### STATEMENT

After reviewing the pro se Plaintiff's proposed amended complaint, filed on June 11, 2008, the court determines that the proposed amended complaint violates Federal Rule of Civil Procedure 8(a)(2), which indicates that a complaint should contain "a short and plain statement of the claim showing that the pleader is entitled to relief[.]" "This 'short and plain statement' requires a plaintiff to allege no more than 'the bare minimum facts necessary to put the defendant on notice of the claim so that he can file an answer.'" Brown v. Budz, 398 F.3d 904, 908 (7th Cir. 2005) (quoting Higgs v. Carver, 286 F.3d 437, 439 (7th Cir. 2002)). "Usually [plaintiffs] need do no more than narrate a grievance simply and directly, so that the defendant knows what he has been accused of." Doe v. Smith, 429 F.3d 706, 708 (7th Cir. 2005). A plaintiff should therefore not include "an exhaustive recitation of the facts or elements of the claim" in the complaint. Lekas v. Briley, 405 F.3d 602, 606 (7th Cir. 2005).

Plaintiff is therefore granted until July 7, 2008, to file a proposed amended complaint that complies with the requirements of FRCP 8(a)(2).

Courtroom Deputy Initials:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In the Matter of )
)  Civil Action No.
Rabbi K.A. Israel a.k.a.
Keith Garth Richardson )  08 CV 2258
Plaintiff, *pro se* )

**DOCKETED**
**MAY 8 X 2008**

## EXECUTIVE COMMITTEE ORDER

IT APPEARING That on March 11, 2008, the United States Court of Appeals for the Seventh Circuit entered an order directing the clerks of all federal courts in the circuit to return unfiled any papers submitted by or for Rabbi K.A. Israel unless and until he pays all outstanding fees and sanctions; therefore

IT IS HEREBY ORDERED That the clerk of the United States District Court for the Northern District of Illinois is directed to return unfiled any documents submitted by or for Rabbi K.A. Israel in any new civil cases until he pays all outstanding fees and sanctions imposed by the United States Court of Appeals for the Seventh Circuit. A copy of this order shall be included with the returned documents, and

IT IS FURTHER ORDERED That cases in existence prior to the entry of this order are not affected by this order and shall proceed as usual; and

IT IS FURTHER ORDERED That no sooner than 12 months from the date of this order, Mr. Israel may submit a motion to rescind or modify this order; and

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Rabbi K.A. Israel at 1839 South Racine Avenue, Chicago, IL 60680-3241 the address given by Mr. Israel in papers filed on January 22, 2008. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge

Dated at Chicago, Illinois this 22nd day of April, 2008

4.