

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION.

PLAINTIFF'S EMERGENCY MOTION TO TO COMMENCE DISCOVERY, TO INTRODUCE PHOTOGRAPIC EDVIDENCE, AND TO RE-INSTATE PLAINTIFF'S' PREVIOUS MOTIONS, AND MOTION FOR MULTI-DISTRICT LITIGATION..

| | |
|---|---|
| DR. RABBI K. A. ISRAEL, A/K/A/ | ) NOTICE OF THE PLAINTIFFS' CLAIM |
| DR. RABBI K. GARTH RICHARDSON, | ) OF THE UNCONSTITUTIONALITY |
| THE BROTHER OF, AND SURROGATE | ) OF A STATUTE OF THE STATE OF |
| DECISION MAKER FOR, | ) ILLINOIS AND OF THE COUNTY OF |
| MS. BEATRICE DEMETRICE GARTH, | ) COOK._____ |
| A PLAINTIFF AND A DISABLED PERSON, | ) CIVIL ACTION NO. 07-CV-07084 |
| P.O. BOX 803241, | )_____ |
| CHICAGO, ILLINOIS, 60680-3241 | ) HON. JUDGE C. R. NORGLE, SR., |
| TELEPHONE: (773)-469-8207 | ) HON. MAG. JUDGE A. KEYS. |
| _____ | )_____ |
|                    PLAINTIFFS, | )DAMAGES CLAIMED:$$100,000,000 |

VERSUS

CIRCUIT COURT OF COOK COUNTY, ILL.,           )

DOROTHY BROWN, CLERK OF THE CIR. COURT,)

MICHAEL S. DELANEY, ATTORNEY AT LAW,      )

ETHEL MAE SPENCER,                                            )

ERNESTINE ALLEN,                                                 )

ELVIE NELSON GARTH,                                          )

LISA MADIGAN, ATTORNEY GENERAL OF ILL.,  )

FILED
JUL 23 2008 TC
JU 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEFENDANTS,

PAGES: (1-7)

COMES NOW THE PLAINTIFFS, DR. RABBI K. A. ISRAEL, AND HIS SISTER AND WARD, MS. BEATRICE DEMETRICE GARTH, THE LATTER BEING A PERSON WITH A DISABILITY, TO PRAY FOR LEAVE OF THE COURT TO FILE, AND FOR LEAVE OF THE COURT TO GRANT, "THE PLAINTIFF'S MOTION FOR DISCOVERY TO COMMENCE IN THE INSTANT ACTION," "THE PLAINTIFF'S' MOTION FOR EXPERT WITNESSES TO APPEAR BEFORE THE COURT," AND "THE PLAINTIFF'S' MOTION TO INTRODUCE PHOTOGRAPHS AS EVIDENCE," AND "PLAINTIFF'S' MOTION TO RE-INSTATE ALL OF THE PLAINTIFF'S' PREVIOUS MOTIONS AND SUBPOENAS."

IN FURTHERANCE OF THE PLAINTIFFS' PRAYERS FOR LEAVE OF THE COURT, AND AS GROUNDS IN SUPPORT OF THE INSTANT MOTIONS, THE PLAINTIFFS STATE THE FOLLOWING:

(1.) THE DISTRICT COURT ORDERED THAT THE PLAINTIFFS SHOULD FILE AN AMENDED COMPLAINT BY THE DATE OF JULY 07, 2008, AND THE PLAINTIFF FILED THE AMENDED COMPLANT ON JUNE 30, 2008.

> MS. BEATRICE DEMETRICE GARTH APPEARS TO HAVE BEEN EXPOSED TO THE BOTULINUM TOXIN, A NEURO-TOXIN PROTEIN, PRODUCED BY THE BACTERIUM: CLOSTRIDIUM BOTULINUM;

(2.) THE BOTULINUM TOXIN IS ONE OF THE MOST POISONOUS NATURALLY OCCURRING SUBSTANCES IN THE WORLD, AND IT IS THE MOST TOXIC PROTEIN. FOOD-BORNE BOTULISM USUALLY RESULTS FROM THE INGESTION OF FOOD THAT HAS BECOME CONTAMINATED WITH SPORES (SUCH AS A PERFORATED CAN) IN AN ANAERROBIC ENVIRONMENT, WHICH ALLOWS THE SPORES TO GERMINATE AND TO GROW.

(3.) THERE ARE SEVEN SEROLOGICALLY DISTINCT TOXIN TYPES, DESIGNATED BY THE LETTERS (A) THROUGH (G). THE TOXIN IS A TWO-CHAIN POLYPEPTIDE, WHICH CONSISTS OF A "HEAVY-CHAIN," A DISULFIDE BOND, AND A "LIGHT-CHAIN." THIS "LIGHT-CHAIN" IS AN ENZYME (A PROTEASE) THAT ATTACKS ONE OF THE FUSION PROTEINS AT A NEURO-MUSCULAR JUNCTION, PREVENTING VESICLES FROM ANCHORING TO THE MEMBRANE AND, BY DOING SO, THEY INHIBIT THE

RELEASE OF "ACETYLCHOLINE." BY INHIBITING ACETYLCHOLINE RELEASE, THE TOXIN INTERFERES WITH NERVE IMPULSES AND CAUSES FLACCID (SAGGING) PARALYSIS OF MUSCLES IN CASES OF BOTULISM, AS OPPOSED TO THE SPASTIC PARALYSIS EVIDENCED IN CASES OF TETANUS.

### MS. BEATRICE DEMETRICE GARTH EVIDENCES SEVERE AND CONTINUING EXPOSURE TO THE ESCHERICHIA COLI SEROTYPE (0157:H7) BACTERIUM:

(4.) URO~PATHOGENIC ESCHERICHIA COLI IS RESPONSIBLE FOR APPROXIMATELY 90% (NINETY~PERCENT) OF ALL URINARY TRACT INFECTIONS SEEN IN INDIVIDUALS WITH ORDINARY ANATOMIES. IN ASCENDING INFECTIONS, FECAL BACTERIA COLONIZE THE URETHRA AND SPREAD UP THE URINARY TRACT TO THE BLADDER. BECAUSE WOMEN HAVE A SHORTER URETHRA THAN MEN, WOMEN ARE 14 (FOUR~TEEN) TIMES TO SUFFER FROM AN ASCENDING URINARY TRACT INFECTION.

URO~PATHOGENIC ESCHERICHIA COLI UTILIZE "P~FIMBRAE" (PYELONEPHRITIS~ASSOCIATED PILI) TO BIND TO URINARY TRACT ENDOTHELIAL CELLS AND THEREBY TO COLONIZE IN THE HUMAN BLADDER. THESE ADHESIONS SPECIFICALLY BIND TO "D~GALACTOSE MOIETIES" ON THE "(P) BLOOD GROUP ANTIGEN" OF ERYTHROCYTES AND URO~EPITHELIAL CELLS. APPROXIMATELY 1% OF THE HUMAN POPULATION LACKS THIS RECEPTOR, AND ITS PRESENCE OF ABSENCE DICTATES AN INDIVIDUALS SUSCEPTIBILITY TO ESCHERICHIA COLI URINARY TRACT INFECTIONS. URO~PATHOGENIC ESCHERICHIA COLI PRODUCE BOTH "ALPH HEMOLYSINS," AND "BETA~HEMOLYSINS," WHICH CAUSES LYSIS, OR RUPTURING, OF THE URINARY TRACT CELLS.

URO~PATHOGENIC ESCHERICHIA COLI CAN INVADE THE BODY'S INNATE IMMUNE DEFENSES (e.g. THE COMPLEMENT SYSTEMS) BY INVADING SUPERFICIAL UMBLELLA CELLS TO FORM INTRA~CELLULAR BACTERIAL COMMUNITIES (IBC'S). THEY HAVE THE ABILITY TO FORM "K~ANTIGEN," CAPSULAR POLY~SACCHARIDES THAT CONTRIBUTE TO BIO~FILM FORMATION. THESE BIO~FILM~PRODUCING ESCHERICHIA COLI ARE RECALCITRANT TO IMMUNE FACTORS AND TO ANTIBIOTIC THERAPY AND

3.

ARE OFTEN RESPONSIBLE FOR CHRONIC URINARY TRACT INFECTIONS. DESCENDING INFECTIONS OCCUR WHEN ESCHERICHIA COLI CELLS ENTER THE UPPER URINARY TRACT ORGANS, THE KIDNEYS, THE BLADDER OR URETERS, FROM THE BLOOD~STREAM.

MS. BEATRICE DEMETRICE GARTH SHOWS SEVERE, CHRONIC AND CONTINUING EVIDENCES OF HAVING BEEN EXPOSED TO STAPHYLOCOCCUS AUREAS BACTERIUM:

(5.) STAPHYLOCOCCUS AUREAS BACTERIUM IS THE MOST COMMON CAUSE OF STAPH INFECTIONS. APPROXIMATELY 500,000 (FIVE~HUNDRED THOUSAND) PATIENTS IN AMERICAN HOSPITALS CONTRACT A STAPHYLOCOCCAL INFECTION EACH YEAR. STAPHYLOCOCCUS AUREAS BACTERIUM CAN CAUSE A RANGE OF ILLNESSES FROM MINOR SKIN INFECTIONS, SUCH AS PIMPLES, IMPETIGO, BOILS, CELLULITIS FOLLICULITIS, FURUNCLES, CARBUNCLES, SCALDED~SKIN~SYNDROME AND ABSCESSES, TO LIFE~THREATENING DISEASES, SUCH AS PNEUMONIA, MENINGITIS, OSTEOMYELITIS ENDOCARDITIS, TOXIC~SHOCK~SYNDROME (TSS), AND SEPTICEMIA. STAPHYLOCOCCUS AUREAS BACTERIUM INCIDENCE IS FROM SKIN, SOFT~TISSUE, RESPIRATORY, BONE, JOINT, ENDOVASCULAR TO WOUND INFECTIONS.

DEPENDING ON THE STRAIN OF THE BACTERIUM, STAPHYLOCOCCUS AUREAS IS CAPABLE OF SECRETING SEVERAL TOXINS, WHICH CAN BE CATEGORIZED INTO THREE GROUPS. MANY OF THESE TOXINS ARE ASSOCIATED WITH SPECIFIC DISEASES.

PYROGENIC TOXIN SUPER~ANTIGENS (PTSAg'S): THESE TOXINS HAVE SUPER~ANTIGEN ACTIVITIES THAT INDUCE TOSIC~SHOCK~SYNDROME (TSS). THIS GROUP INCLUDES THE TOXIN (T.S.S.T.~1), WHICH CAUSES TOXIC~SHOCK~SYNDROME ASSOCIATED WITH THE USE OF TAMPONS. THE STAPHYLOCOCCAL ENTERO~TOXINS, WHICH CAUSE A FORM OF FOOD POISONING, ARE INCLUDED IN THIS GROUP.

EXFOLIATIVE TOXINS: THESE TOXINS ARE IMPLICATED IN THE DISEASE KNOWN AS "STAPHYLOCOCCAL~SCALDED~SKIN~SYNDROME," WHICH OCCURS MOST OFTEN IN INFANTS AND IN YOUNG CHILDREN.

STAPHYLOCOCCAL SCALDED SKIN SYNDROME ALSO OCCURS AS EPIDEMICS IN HOSPITALS AND IN NURSERIES. THE "PROTEASE" AXTIVITY OF THE EXFOLIATIVE TOXINS CAUSES PEELING OF THE SKIN EVIDENCED IN STAPHYLOCOCCUS SCALDED SKIN SYNDROME.

STAPHYLOCCOCCUS AUREAS BACTERIUM STRAINS THAT ACT ON CELL MEMBRANES INCLUDE "ALPHA~TOXIN," "BETA~TOXIN," "DELTA~TOXIN," AND SEVERAL BI~COMPONENT TOXINS. THE BI~COMPONENT TOXIN "PANTON~VALENTINE~LEUKOCIDIN," (P.V.L.), IS RESPONSIBLE FOR SEVERE NECROTIZING PNEUMONIA IN CHILDREN. THE GENES ENCODING THE COMPONENTS OF (P.V.L.) ARE ENCODED ON A BACTERIOPHAGE FOUND IN COMMUNITY~ASSOCIATED "METHYCILLIN~RESISTANT~STAPYLOCOCCUS AUREAS" BACTERIUM STRAINS.

WHEREFORE, AND IN CONCLUSION, PLAINTIFFS PRAY FOR LEAVE OF THE COURT TO ORDER THAT MS. BEATRICE DEMETRICE GARTH BE TRANFERRED TO THE NORTH~WESTERN MEMORIAL HOSPITAL NEUROLOGY INTENSIVE CARE UNIT, 265 ST. CLAIR AVENUE, CHICAGO, ILLINOIS, FOR PROPER MEDICAL TREATMENT.

A COMPLETE CASE~FILE FOR THIS ACTION IS POSTED ON THE INTERNET AT: http://medicalmalpractice.spaces.live.com/

REFERENCES AND CITATIONS: THE SECOND ANTI~TOSIN IS HEPTAVALENT (A,B,C,D,E,F,G) BOTULINUM ANTI~TOXIN, WHICH IS DERIVED FROM "DESPECIATED" (EQUINE IgG) ANTIBODIES WHICH HAVE HAD THE (Fc) PORTION CLEAVED OFF THEREBY LEAVING THE F(ab')2 PORTIONS. THIS IS A LESS IMMUNOGENIC ANTI~TOXIN THAT IS EFFECTIVE AGAINST ALL KNOWN STRAINS OF BOTULISM WHERE NOT CONTRA~INDICATED. THIS ANTI~TOXIN IS IN THE POSSESSION OF, AND IS AVAILABLE FROM, THE UNITED STATES ARMY. ON JUNE 01, 2006, THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES AWARDED A $$363 MILLION DOLLAR CONTRACT WITH "CANGENE CORPORATION" TO PRODUCE 200,000 DOSES OF "HEPTAVALENT BOTULINUM ANTI~TOXIN," OVER A PERIOD OF FIVE YEARS FOR DELIVERY INTO THE STRATEGIC NATIONAL STOCK~PILE BEGINNING IN THE YEAR 2007.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF ILLINOIS, EASTERN DIVISION,

NOTICE OF MOTION.          HON. JUDGE CHARLES R. NORGLE, SR., PRESIDING.

HON. MAGISTRATE JUDGE ARLANDER KEYS.

CIVIL ACTION NUMBER: 07-CV-07084.

PLEASE TAKE NOTICE, THAT ON JULY 23, 2008, THE PLAINTIFFS,

DR. RABBI K. A. ISRAEL, AND HIS SISTER AND WARD, MS. BEATRICE D. GARTH, FILED IN THE OFFICES OF THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, THE "PLAINTIFFS' EMERGENCY MOTION FOR DISCOVERY TO COMMENCE UNDER, F.R.C.P. 26(a)(1) THROUGH 26(g)(3)," "THE PLAINTIFF'S' MOTION TO INTRODUCE PHOTOGRAPHS AS EVIDENCE UNDER F.R.E. 201," AND "THE PLAINTIFF'S' MOTION TO RE-INSTATE ALL OF THE PLAINTIFF'S' PREVIOUS MOTIONS AND SUBPOENAS UNDER, THE RULES OF PROCDURE OF THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION: 28 U.S.C. ss 1407," IN THE HEREIN CAPTIONED ACTION, A COPY OF WHICH IS ATTACHED AND IS HEREBY SERVED UNPON YOU.

RESPECTFULLY SUBMITTED BY:

SIGNED: _____

DR. RABBI K. A. ISRAEL, A/K/A/

DR. RABBI K. GARTH RICHARDSON,

BIOCHEMICAL ENDOCRINOLOGY, MOLECULAR, &

AGRICULTURAL, GENETICS, U.S.A., INC.,

F.E.I.N. 80-0161535,

P.O. BOX 803241,

CHICAGO, ILLINOIS, 60680-3241.

TELEPHONE: (773)-469-8207.

DATE: JULY 23, 2008.

6.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF ILLINOIS, EASTERN DIVISION.

| PROOF OF SERVICE. | PROOF OF SERVICE. |
|---|---|

CIVIL ACTION NUMBER: 07-CV-07084.   HON. JUDGE CHARLES R. NORGLE, SR., PRESIDING.

HON. MAGISTRATE JUDGE ARLANDER KEYS.

I, THE UNDERSIGNED, THE PLAINTIFFS, CERTIFY THAT ON JULY 23, 2008, I SERVED A COPY OF THIS NOTICE OF MOTION, AND A COPY OF THE MOTION ITSELF ATTACHED HERETO, EITHER VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SYSTEM, OR, VIA THE UNITED STATES POSTAL SERVICE SYSTEM, REGULAR MAIL, POSTAGE PRE-PAID, TO EACH PERSON TO WHOM IT IS DIRECTED, AT, OR BEFORE, 5:00 P.M..

RESPECTFULLY SUBMITTED BY:

SIGNED: _____

DR. RABBI K. A. ISRAEL, A/K/A

DR. RABBI K. GARTH RICHARDSON,

BIOCHEMICAL ENDOCRINOLOGY, MOLECULAR &

AGRICULTURAL, GENETICS, U.S.A., INC.,

F.E.I.N. 80-0161535,

P.O. BOX 803241,

CHICAGO, ILLINOIS, 60680-3241.

TELEPHONE: (773)-469-8207.

DATE: JULY 23, 2008.

PAGE (2).

7.