

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF ILLINOIS, EASTERN DIVISION,

NOTICE OF MOTION.                    HON. JUDGE CHARLES R. NORGLE, SR., PRESIDING.

HON. MAGISTRATE JUDGE ARLANDER KEYS.

CIVIL ACTION NUMBER: 07-CV-07084.

PLEASE TAKE NOTICE, THAT ON JULY 23, 2008, THE PLAINTIFFS,

DR. RABBI K. A. ISRAEL, AND HIS SISTER AND WARD, MS. BEATRICE D. GARTH, FILED IN THE OFFICES OF THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, THE "PLAINTIFFS' EMERGENCY MOTION FOR DISCOVERY TO COMMENCE UNDER, F.R.C.P. 26(a)(1) THROUGH 26(g)(3)," "THE PLAINTIFF'S' MOTION TO INTRODUCE  PHOTOGRAPHS AS EVIDENCE UNDER F.R.E. 201," AND "THE PLAINTIFF'S' MOTION TO RE~INSTATE ALL OF THE PLAINTIFF'S' PREVIOUS MOTIONS AND SUBPOENAS UNDER, THE RULES OF PROCDURE OF THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION: 28 U.S.C. ss 1407," IN THE HEREIN CAPTIONED ACTION, A COPY OF WHICH IS ATTACHED AND IS HEREBY SERVED UNPON YOU.

RESPECTFULLY SUBMITTED BY:

SIGNED:_____

DR. RABBI K. A. ISRAEL, A/K/A/

DR. RABBI K. GARTH RICHARDSON,

BIOCHEMICAL ENDOCRINOLOGY, MOLECULAR, &

AGRICULTURAL, GENETICS, U.S.A., INC.,

F.E.I.N. 80-0161535,

P.O. BOX 803241,

CHICAGO, ILLINOIS, 60680-3241.

TELEPHONE: (773)-469-8207.

DATE: JULY 23, 2008.

F I L E D

JUL 2 3 2008 T C
Jul 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PHOTO GRAPHS: (1-10).

PAGE (1-2)

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF ILLINOIS, EASTERN DIVISION.


PROOF OF SERVICE.                          PROOF OF SERVICE.

CIVIL ACTION NUMBER: 07-CV-07084.    HON. JUDGE CHARLES R. NORGLE, SR., PRESIDING.

HON. MAGISTRATE JUDGE ARLANDER KEYS.

I, THE UNDERSIGNED, THE PLAINTIFFS, CERTIFY THAT ON JULY 23, 2008, I SERVED A COPY OF THIS NOTICE OF MOTION, AND A COPY OF THE MOTION ITSELF ATTACHED HERETO, EITHER VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SYSTEM, OR, VIA THE UNITED STATES POSTAL SERVICE SYSTEM, REGULAR MAIL, POSTAGE PRE-PAID, TO EACH PERSON TO WHOM IT IS DIRECTED, AT, OR BEFORE, 5:00 P.M..

RESPECTFULLY SUBMITTED BY:

SIGNED:

DR. RABBI K. A. ISRAEL, A/K/A

DR. RABBI K. GARTH RICHARDSON,

BIOCHEMICAL ENDOCRINOLOGY, MOLECULAR &

AGRICULTURAL, GENETICS, U.S.A., INC.,

F.E.I.N. 80-0161535,

P.O. BOX 803241,

CHICAGO, ILLINOIS, 60680-3241.

TELEPHONE: (773)-469-8207.

DATE: JULY 23, 2008.

PAGE (2).

















