# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MHW

DR. RABBI K. A. ISRAEL, A/K/A
DR. RABBI K. GARTH RICHARDSON,
MS. BEATRICE DEMETRICE GARTH,

PLAINTIFFS

VS.

CIRCUIT COURT OF COOK COUNTY,
DOROTHY BROWN, M. S. DELANEY,
E. SPENCER, L. MADIGAN, E. N. GARTH,
E. ALLEN, ET. AL., DEFENDANTS

CASE NO. 07-CV-07084

HON. JUDGE CHARLES R. NORGLE, SR. PRESIDING.

HON. MAGISTRATE JUDGE: ARLANDER KEYS.

## NOTICE OF MOTION

TO: CIR. COURT OF COOK COUNTY,
HON. RICHARD J. DALEY CENTER,
50 WEST WASHINGTON STREET,
CHICAGO, ILLINOIS, 60601

PLEASE NOTE:
THE ORIGINAL COPY OF THE "PLAINTIFF'S MOTION TO DISCOVERY, TO INTRO. EVIDENCE, MOTION FO M. D. LITIGATION, ET AL., WAS FILED ON JULY 23, 08

On AUGUST 01, 2008, at 10:30 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE C. R. NORGLE, SR., in Courtroom 2341 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present "PLAINTIFF'S MOTION TO COMMENCE DISCOVERY, TO INTRO. PHOTO. EVIDENCE, TO RE-INSTATE THE PLAINTIFF'S PREVIOUS MOTIONS & SUBPOENAS, ET AL., UNDER, AND PURSUANT TO F.R.E. 201.

FILED
7-25-2008
JUL 25 2008  RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Name DR. RABBI K. A. ISRAEL,
Address P.O. BOX 803241,
City / Zip CHICAGO, ILLINOIS, 60680-32.
Telephone (773)-469-8207

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 25 day of JULY, 2008 I served a copy of this notice to each person whom it is directed by way of THE E.C.F. SYSTEM OF THE U.S.D.C.NO.DIST.IL.,E.DIV., &, OR, THE U.S.P.O., POST_PRE_PAID, AT OR BEFORE 5:00 P.M..

[signature] DR. Rabbi
SIGNATURE / CERTIFICATION

JULY 25, 2008
DATE