# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7084 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Israel vs. Circuit Court, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Emergency Motion to Commence Discovery, to Introduce Photographic Evidence, and to Re-Instate Plaintiff's Previous Motions, and Motion for Multi-District litigation [59] is denied.

*/s/ Charles R. Norgle*

■ [ For further details see text below.]     Docketing to mail notices.

**STATEMENT**

On July 23, 2008, the court issued a Minute Order denying Plaintiff's Motion to Amend. That Order explained the requirements of FRCPs 8 and 10(b), and admonished Plaintiff to be aware of the consequences of violating FRCP 11. On that same date, Plaintiff filed the instant Motion, along with a document the court construes as another Amended Complaint. Plaintiff may not have had the opportunity to review the court's July 23, 2008 Order before filing the instant Motion. The pro se Plaintiff is therefore advised to consult the court's July 23, 2008 Order before filing more motions or amended complaints.

FILED 2008 JUL 28 PM 4:59 CLERK U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | |
|---|---|---|