Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7084 | DATE | 8/20/2008 |
| CASE TITLE | Israel vs. Circuit Court, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Emergency Motion to Appeal a Decision of the U.S.D.C.N.D.Il.,E.D. to the Supreme Court of the U.S.A. [64] is denied.

■ [ For further details see text below.]

Docketing to mail notices.

### STATEMENT

On July 23, 2008, the district court ordered Plaintiff to file a new amended complaint that complied with the requirements of FRCP 8. As of August 20, 2008, Plaintiff has not complied with the district court's order. This case is therefore still pending before the district court. The general and well-established rule is that parties may only appeal cases in which a final order has been issued. See 28 U.S.C. § 1291; Mostly Memories, Inc. v. For Your Ease Only, Inc., 526 F.3d 1093, 1097 (7th Cir. 2008); Hill v. Potter, 352 F.3d 1142, 1144 (7th Cir. 2003) ("The test for finality is whether the district court has finished with the case."). The district court has not entered a final and appealable order in this case. Plaintiff may therefore not bring this case before the Seventh Circuit Court of Appeals or the United States Supreme Court at this time.

*[Signature: Charles Norgle]*

Courtroom Deputy Initials:

07C7084 Israel vs. Circuit Court, et al.                                                                        Page 1 of 1