# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rabbi K.A. Israel

        Plaintiff,

v.

Circuit Court of Cook County, Illinois, et al.

        Defendant.

Case No.: 1:07−cv−07084

Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

    MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing held on 8/27/2008. Status hearing is continued to 1/30/2009 at 9:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.